CSC

**LYN / ALL**
**Transmittal Number: 30068514**
**Date Processed: 10/15/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Janet Nolan<br>Liberty Mutual Insurance Company<br>175 Berkeley St<br>Boston, MA 02116-5066 |

| | |
|---|---|
| **Entity:** | Liberty Mutual Managed Care LLC<br>Entity ID Number 2538008 |
| **Entity Served:** | Liberty Mutual Managed Care, LLC |
| **Title of Action:** | Wound Management Specialists, LLC vs. Liberty Mutual Managed Care, LLC |
| **Matter Name/ID:** | Wound Management Specialists, LLC vs. Liberty Mutual Managed Care, LLC (16379700) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Worker's Compensation |
| **Court/Agency:** | Hinds County Circuit Court, MS |
| **Case/Reference No:** | 25CI1:24-cv-00697-EFP |
| **Jurisdiction Served:** | Mississippi |
| **Date Served on CSC:** | 10/15/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Butler Snow, LLP<br>601-985-4567 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**EXHIBIT A**

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**WOUND MANAGEMENT SPECIALISTS, LLC** — **PLAINTIFF**

**VS.** — **CASE NO. 25CI1:24-cv-00697-EFP**

**LIBERTY MUTUAL MANAGED CARE LLC, LIBERTY MUTUAL GROUP, INC., and HELMSMAN INSURANCE AGENCY, LLC d/b/a LIBERTY MUTUAL INSURANCE AGENCY** — **DEFENDANTS**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO: Liberty Mutual Managed Care, LLC
Through its registered agent,
Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail, or hand deliver a copy of a written response to the Complaint to Matt Sitton, the attorney for the Plaintiff, whose post office address is P.O. Box 6010, Ridgeland, Mississippi 39158-6010 and whose street address is 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and Complaint or a judgment by default will entered against you for the things demanded in the petition.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 9th day of Oct

By: K Cauthen D.C.
CIRCUIT COURT CLERK,
HINDS COUNTY, MISSISSIPPI

CIRCUIT CLERK HINDS COUNTY, MS

ATTEST A TRUE COPY
OCT - 8 2024
ZACK WALLACE, CIRCUIT CLERK
BY D.C.

ZACK WALLACE, CIRCUIT CLERK

**PROOF OF SERVICE – SUMMONS**

Liberty Mutual Managed Care, LLC
Through its registered agent,
Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

I, the undersigned process server, served the summons and petition upon the person or entity named above in the manner set forth below:

____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender.

____ PERSONAL SERVICE. I personally delivered copies to ________________ on the ______ day of ________________, 2024, where I found said person in ______________ County of the State of Mississippi.

____ SECONDARY SERVICE. After exercising reasonable diligence, I was unable to deliver copies of the summons and complaint to ___________________ within _______ County, Mississippi. I served the summons and complaint on the _____day of ______________, 2024, at the usual place of abode of said ___________, by leaving a true copy of the summons and complaint with ________________who is the ________________(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ______ day of ____________, 2023, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____ CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person serviced.

At the time of service, I was at least 18 years of age and not a party to this action.

______________________________
Process Server

______________________________
Address

______________________________
Telephone

STATE OF MISSISSIPPI

COUNTY OF ___________________

Personally, appeared before me the undersigned authority in and for the state and county aforesaid, the within named, ________________________________, who being first by me duly sworn states on oath that the matters and facts as set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

SWORN TO AND SUBSCRIBED BEFORE ME this the _________ day of _________, 2024.

______________________________
Notary Public

My Commission Expires: _________________________

# COVER SHEET

## Civil Case Filing Form

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court Form AOC/01
Administrative Office of Courts (Rev 2020)

Court Identification Docket #: 25 (County #) | 1 (Judicial District) | CI (Court ID (CH, CI, CO))

Case Year: 2024

Docket Number: 697

Local Docket ID:

10 (Month) | 01 (Date) | 24 (Year)

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the CIRCUIT Court of HINDS County — FIRST Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Remanded
- [ ] Reinstated
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual ______ Last Name ______ First Name ______ Maiden Name, if applicable ______ M.I. ______ Jr/Sr/III/IV

____ Check ( x ) if Individual Plainitiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ______

____ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ______

Business Wound Management Specialists, LLC
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Planitiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ______

Address of Plaintiff ______

Attorney (Name & Address) Matt Sitton 1020 Highland Colony Pkwy. Ste. 1400 Ridgeland, MS 39157 MS Bar No. 104091

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: [signature]

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual ______ Last Name ______ First Name ______ Maiden Name, if applicable ______ M.I. ______ Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ______

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ______

Business Liberty Mutual Managed Care, LLC
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ______

Attorney (Name & Address) - If Known ______ MS Bar No. ______

____ **Check ( x ) if child support is contemplated as an issue in this suit.***
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other ______

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other ______

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other ______

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Joint Conservatorship & Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other ______

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other ______

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other ______

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [X] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other ______

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other ______

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT, CITY OF ______

Docket No. ______ - ______ ______ Docket No. If Filed Prior to 1/1/94 ______
File Yr Chronological No. Clerk's Local ID

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual:** ______ Last Name ______ First Name ( ______ Maiden Name, if Applicable ) ______ Middle Init. ______ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ______

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ______

**Business** Liberty Mutual Group, Inc.
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A ______

ATTORNEY FOR THIS DEFENDANT: ______ Bar # or Name: ______ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** ______ Last Name ______ First Name ( ______ Maiden Name, if Applicable ) L Middle Init. ______ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ______

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ______

**Business** Helsman Insurance Agency, LLC
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

✓ Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A Liberty Mutual Insurance Agency

ATTORNEY FOR THIS DEFENDANT: ______ Bar # or Name: ______ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** ______ Last Name ______ First Name ( ______ Maiden Name, if Applicable ) ______ Middle Init. ______ Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of ______

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A ______

**Business** ______
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A ______

ATTORNEY FOR THIS DEFENDANT: ______ Bar # or Name: ______ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

**WOUND MANAGEMENT SPECIALISTS, LLC** **PLAINTIFF**

**VS.** **CASE NO.** 24-697

**LIBERTY MUTUAL MANAGED CARE LLC, LIBERTY MUTUAL GROUP, INC., and HELSMAN INSURANCE AGENCY, LLC d/b/a LIBERTY MUTUAL INSURANCE AGENCY** **DEFENDANTS**

## COMPLAINT

COMES NOW Plaintiff, Wound Management Specialists, LLC, by and through counsel, and files this its Complaint against Liberty Mutual Managed Care, LLC, Liberty Mutual Group, Inc., and Helsman Insurance Agency, LLC d/b/a Liberty Mutual Insurance Agency (collectively, "Defendants" or "Liberty Mutual"), and in support thereof, states the following:

## PARTIES

1. Plaintiff Wound Management Specialists, LLC ("WMS"), is a Mississippi limited lability company and has its principal place of business located at 778 Liberty Road Flowood, MS 39232.

2. Defendant Liberty Mutual Managed Care, LLC is a Massachusetts limited liability company registered to do business in the State of Mississippi and may be served through its registered agent, Corporation Service Company, located at 109 Executive Drive, Suite 3 Madison, MS 39110.

3. Defendant Liberty Mutual Group, Inc. is a Massachusetts for-profit corporation registered to do business in the State of Mississippi and may be served through its registered agent, Corporation Service Company, located at 109 Executive Drive, Suite 3 Madison, MS 39110.

4. Defendant Helsman Insurance Agency, LLC d/b/a Liberty Mutual Insurance Agency Massachusetts limited liability company authorized to do business in the State of Mississippi and may be served through its registered agent, Corporation Service Company, located at 109 Executive Drive, Suite 3 Madison, MS 39110.

## JURISDICTION AND VENUE

5. Jurisdiction is proper in this Court pursuant to Miss. Code Ann. § 9-7-81.

6. This Court has personal jurisdiction over the parties to this action.

7. Venue is proper in this Court pursuant to Miss. Code Ann. § 11-11-3 and Miss. Code Ann. 71-3-49.

## FACTS

8. John Doe[1] ("Doe"), a Mississippi resident, was hired by Summit Communications, LLC, ("Summit"), a Mississippi limited liability company with its principal place of business in Jackson, Mississippi, on September 8, 1989.

9. Doe sustained a spinal cord injury from a motor vehicle collision on January 14, 1990, while working for Summit in Kentucky, resulting in permanent paralysis from the waist down.

10. Doe filed workers' compensation claims in both Mississippi and Kentucky.

11. Because Doe was a Mississippi resident who had been hired in Mississippi and had been working in Kentucky for less than six months, the Mississippi Workers' Compensation Commission ("MWCC") retained jurisdiction over Doe's claim pursuant to Miss. Code Ann. § 71-3-109.

12. Doe is currently bed bound.

---

[1] The patient's name has been redacted for purposes of complying with the Health Insurance Portability and Accountability Act ("HIPAA").

13. In May of 2023, Doe sought medical treatment for a state 4 pressure ulcer of the left hip from WMS.

14. WMS prepared a treatment plan for Doe which included the use of carePATCH, a dual-layer amniotic membrane that is used as a protective barrier in wound care applications, to treat Doe's pressure ulcer.

15. WMS submitted the treatment plan to MediCall, a Utilization Review Agent acting on behalf of Liberty Mutual, and requested prior authorization and utilization review of the health care services before beginning treatment.

16. The treatment plan and use of carePATCH was approved by MediCall as meeting established criteria for medical necessity on May 8, 2023, and on July 7, 2023, MediCall subsequently extended coverage for the treatment through September 7, 2023 (the "Prior Authorizations"). A copy of these Prior Authorizations is attached hereto as "Exhibit A."

17. WMS provided wound care treatment to Doe on the following dates after receipt of the Prior Authorizations:

**Debridement procedures**: May 2nd, May 9th, July 27th, August 1st, August 8th, August 15th, and August 22nd.

**Applications of carePATCH**: May 16th, May 23rd, May 30th, June 27th, July 4th, July 11th, and July 18th.

18. Following these treatments, WMS timely submitted claims for reimbursement to Liberty Mutual, reporting application of carePATCH as HCPCS Level II Code Q4236 ("Carepatch, per square centimeter"), a code specifically for carePATCH.

19. The claims were subsequently denied by Liberty Mutual, who "down coded" Q4236—the code explicitly for the application of the carePATCH product—to the generic code 99199, which is used to report unlisted medical procedures or services.

20. Liberty Mutual further cited a rule from the Kentucky Workers' Compensation Commission fee schedule requiring a certain medical coding modifier when nurse practitioners furnish services. This modifier is not required by the Mississippi Workers' Compensation Commission.

21. Liberty Mutual subsequently resubmitted each denied claim with the requested claim modifier.

22. On November 2, 2023, Liberty Mutual provided WMS "Reconsideration Decisions" for each resubmitted claim of WMS. These decisions again down coded carePATCH's specific code Q4236 to code 99199, stating the generic code 99199 "better defin[ed] services performed."

23. This resulted in a significant decrease in the amount paid for applications of carePATCH. Liberty Mutual paid only $66,560 for carePATCH units supplied by WMS billed under code Q4236 (carePATCH, per square centimeter), which is approximately 4% of the $1,536,000.00 owed to WMS per the code's customary rate.

24. Upon information and belief, this "down coding" was done by Liberty Mutual solely for cost containment purposes, which subjects the carrier to penalties, per Mississippi Workers' Compensation Medical Fee Schedule, Billing and Reimbursement Rules, Section III.C(3).

25. On November 10, 2023. WMS timely submitted a formal appeal of the denied claims, explaining that code Q4236 *is explicitly for the use* of *carePATCH.* A copy of this appeal is attached as "Exhibit B."

26. Following submission of the November 10, 2023, appeal Liberty Mutual ceased communicating with WMS and its representatives, and provided no response to its appeal until February 5, 2024, when Liberty Mutual Claims Specialist Sara Knight contacted WMS to inform it that its claims were denied due to failure to follow rules of the Kentucky Workers' Compensation Fee Schedule requiring services provided by nurse practitioners to be billed under their supervising physician, rather than the individual provider.

27. On February 19, 2024, Sara Knight recommended WMS file an appeal "with a corrected bill adding modifier NP." A copy of this correspondence is attached as "Exhibit C."

28. Pursuant to Miss. Code Ann. § 71-3-15(3), any dispute over the amount charged for services rendered or the amount of reimbursement for those services shall be limited to and resolved between the provider and the employer or carrier in accordance with the fee dispute resolution procedures adopted by the MWCC.

29. Pursuant to Rule I.A. of the "Dispute Resolution Rules" set forth in the Mississippi Fee Schedule, "[u]nresolved disputes over the amount charged for services rendered under the provisions of the Fee Schedule or over the amount of reimbursement for services rendered under the Fee Schedule may be appealed to and resolved by the MWCC."

30. Aggrieved by the improper application of Kentucky law by Liberty Mutual, WMS requested review from the MWCC's Cost Containment Division on April 29, 2024, in accordance with Mississippi's statutory requirements and the Dispute Resolution Rules of the Mississippi Fee Schedule. A copy of the request for resolution of dispute is attached hereto as "Exhibit D".

31. Upon information and belief, no response was provided by Liberty Mutual to WMS' Request for Resolution of Dispute, despite receiving notice of the same and having opportunity per the Dispute Resolution Rules to submit any information or documentation it wished to be considered by the MWCC Cost Containment Division.

32. On May 3, 2024, the MWCC issued a decision through its Cost Containment Division determining that WMS had not been properly paid for services rendered under code Q4236 (the "Decision"). A certified copy of the Decision is attached hereto as "Exhibit E".

33. Specifically, the letter requested that Liberty Mutual "notify provider and [MWCC] Cost Containment Department why Liberty Mutual down-coded or change[d] the code to an unlisted code. . . ." and "either pay the $1,500.00 per unit as billed or attempt to negotiate with [WMS] on payment." Pursuant to the Decision, these directives *were to be completed within 30 days of the MWCC's letter*, or June 2, 2024.

34. In the instance no response was received from Liberty Mutual within the 30-day time period, Liberty Mutual was instructed it was required "to reprocess the claim and pay the provider $1,5000.00 per unit for each date of service as billed immediately."

35. The Decision stated that according to the Mississippi Fee Schedule, "all properly submitted bills not paid within thirty (30) days of receipt by the payer shall automatically include interest on the unpaid balance at a rate of one and one-half percent (1.5%) per month from the due date of any unpaid remaining balance until such time as the claim is fully paid and satisfied."

36. Further, the Decision stated that "properly submitted bills not fully paid within sixty (60) days of receipt are subject to an additional one-time ten percent (10%) penalty on the unpaid balance."

37. A party aggrieved by a decision of MWCC's Cost Containment Division has twenty (20) days to appeal the decision pursuant to Rule V.A. of the Dispute Resolution Rules of the Mississippi Fee Schedule.

38. No appeal was made by Liberty Mutual to MWCC's Cost Containment Division, and WMS received no response from Liberty Mutual after both e-mailing and mailing a copy of the Decision to its Appeals Department.

39. Per the Decision, a "final decision of the Cost Containment Division and/or Commission shall be considered sufficient to allow the payer and/or provider to pursue any and all remedies available to it for enforcement of payment in default pursuant to Miss. Code Ann. Section 71-3-49 [and] no further action to enforce payment shall be made by the Commission."

40. The Decision instructs Providers to seek remedy in the "Court wherein the payer and/or provider has sought enforcement under Miss. Code Ann. Section 71-3-49" and that any dispute regarding enforcement of the Cost Containment Division's Decision, including the amount of penalties and interest due, "shall be determined by the Court."

41. Liberty Mutual has failed to comply with the directives set forth in the Decision within 30 days and failed to otherwise appeal the Decision in accordance with the 20-day period set forth in the Dispute Resolution Rules of the Mississippi Fee Schedule. Because Liberty Mutual has failed to seek an appeal of the Decision, and the Decision was resolved in accordance with the fee dispute resolution procedures adopted by the MWCC in accordance with Miss. Code Ann. § 71-3-15(3), the Decision is binding on Liberty Mutual and enforceable in accordance with Miss. Code Ann. § 71-3-49 before this Court.

## REQUEST FOR DECLARATORY JUDGMENT TO ENFORCE JUDGMENT OF MISSISSIPPI WORKERS' COMPENSATION COMMISSION

42. WMS incorporates by reference all preceding paragraphs as though fully set forth herein.

43. Miss. Code Ann. § 71-3-49(1) allows for party in interest to file a certified copy of the decision of the MWCC increasing compensation in the county in which an employer has its principal place of business and for judgement to therein be entered by the clerk of such county in conformity therewith upon the filing of such decision.

44. In accordance with Miss. Code Ann. § 71-3-49(1), WMS seeks for the judgement of the MWCC's Cost Containment Division to be entered and Liberty Mutual ordered to make payment to WMS at a rate of $1,500.00 per carePATCH unit as set forth in the Decision.

45. Liberty Mutual has made payment of $66,560 for carePATCH units, whereas the total owed per the Decision for carePATCH units at a rate of $1,500.00 per carePATCH unit is $1,536,000.00. An amount of $1,469,440.00 is therefore presently owed per the Decision as evidenced by the following table of services and claims:

| DOS | Skin substitute application | Charges | LM Paid | Total Still Owed |
|---|---|---|---|---|
| **5/16/2023** | Split Claim 1 | $97,500.00 | $4,225.00 | $218,120.00 |
| | Split Claim 2 | $99,000.00 | $4,290.00 | |
| | Split Claim 3 | $31,500.00 | $1,365.00 | |
| **5/23/2023** | Split Claim 1 | $97,500.00 | $4,225.00 | $212,380.00 |
| | Split Claim 2 | $99,000.00 | $4,290.00 | |
| | Split Claim 3 | $25,500.00 | $1,105.00 | |
| **5/30/2023** | Split Claim 1 | $97,500.00 | $4,225.00 | $212,380.00 |
| | Split Claim 2 | $99,000.00 | $4,290.00 | |
| | Split Claim 3 | $25,500.00 | $1,105.00 | |
| **6/27/2023** | Split Claim 1 | $97,500.00 | $4,225.00 | $206,640.00 |
| | Split Claim 2 | $99,000.00 | $4,290.00 | |
| | Split Claim 3 | $19,500.00 | $845.00 | |
| **7/4/2023** | Split Claim 1 | $97,500.00 | $4,225.00 | $206,640.00 |
| | Split Claim 2 | $99,000.00 | $4,290.00 | |

| | | | | |
|---|---|---|---|---|
| | Split Claim 3 | $19,500.00 | $845.00 | |
| **7/11/2023** | Split Claim 1 | $7,500.00 | $4,225.00 | $206,640.00 |
| | Split Claim 2 | $99,000.00 | $4,290.00 | |
| | Split Claim 3 | $19,500.00 | $845.00 | |
| **7/18/2023** | Split Claim 1 | $97,500.00 | $4,225.00 | $206,640.00 |
| | Split Claim 2 | $ 99,000.00 | $4,290.00 | |
| | Split Claim 3 | $19,500.00 | $845.00 | |
| | **TOTALS** | **$1,536,000.00** | **$66,560.00** | **$1,469,440.00** |

46. Liberty Mutual has not made payment within 60 days of the properly submitted bills of WMS.

47. Pursuant to the Decision, properly submitted bills not paid within sixty (60) days are subject to a one-time ten percent penalty. This ten-percent percent penalty applied to the unpaid balance owed by Liberty Mutual amounts to a total of $146,944.00, bringing the total amount owed by Liberty Mutual to $1,682,944.00.

48. WMS requests that this Court enter the Decision or otherwise declare Liberty Mutual's obligations to WMS pursuant to the Decision and order Liberty Mutual to immediately pay an amount of $1,682,944.00, including additional interest for each claim at a rate of 1.5% accruing thirty days after receipt of the claim as set forth in the Decision and as required by Miss. Code Ann. § 71-3-37(5), and the Mississippi Fee Schedule's Billing & Reimbursement Rules, Rule III.D.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Plaintiff Wound Management Specialists, LLC, respectfully requests that this Court enter the judgment of the Cost Containment Division of the Workers' Compensation Commission against Defendants, awarding WMS the following relief:

1. A declaratory judgment that Liberty Mutual is liable to WMS for all unpaid charges for services rendered, including penalties and interest, as set forth in the Decision;

2. Pre- and post-judgment interest as allowed by law;

3. Costs and reasonable attorneys' fees incurred in prosecuting this action;

4. Such other relief as this Court deems appropriate.

Respectfully submitted, this the 1st day of October, 2024.

WOUND MANAGEMENT SPECIALISTS, LLC

By: [signature]
Matthew D. Sitton

***Of Counsel:***

Matthew D. Sitton (MSB No. 104091)
Robert V. Greenlee (MSB No. 100638)
Tyler J. White (MSB No. 106879)
BUTLER SNOW, LLP
1020 Highland Colony Parkway
Ridgeland, Mississippi 39157
Telephone: (601) 985-4567
Facsimile: (601) 985-4500
E-mail: matt.sitton@butlersnow.com
89855112.v1

MediCall
Clinical Solutions, Proven Results
—A COGNIZANT COMPANY—

**Review #224707**

# UTILIZATION REVIEW – NOTICE OF APPROVAL

05/08/2023

Ashley Davis, F.N.P.
434 Katherine Drive
Flowood, MS 39232

Injured Worker: [redacted]
Claim Number: [redacted]
Date of Injury: [redacted]

Liberty Mutual Insurance Company has received a request for Utilization Review of health care services provided to the above named individual. MediCall is the Utilization Review Agent on behalf of Liberty Mutual Insurance Company. This correspondence serves as notification that the requested medical treatment listed below meets established criteria for medical necessity based on our review of the information submitted.

**Specific Treatment Plan Requested**

2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023

**UR Determination**

The prospective request for 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023 is certified.



EXHIBIT
tabbies
A

MediCall
Clinical Solutions, Proven Results
—A COGNIZANT COMPANY—

**Review #224707**

This certification is for medical necessity only and does not guarantee payment under Workers' Compensation coverage. If you have any questions related to this claim, please contact your local Claims office.

Sincerely,

Marigold Frinces

MediCall Utilization Review Unit
1-800-664-2273

cc Wound Management Specialists
[redacted]

Mailstop 2210

Wausau, WI, 54401

800-664-2273

Date: 07/07/2023

Topic: Request for End Date Extension / Granted

From: MediCall on behalf of Liberty Mutual Managed Care, LLC

Liberty Mutual Managed Care LLC has granted an end date extension of a previously certified treatment:

RE: [redacted]

Transaction#: 224707

Request: 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4)

Extended end date: 09/07/2023

This is not a guarantee of payment for service. If you have questions regarding compensability or payment related to this claim, please contact the claims specialist assigned to this case.

**Go Paperless!** Liberty Mutual will receive and process your Workers Compensation medical bills and supporting documents electronically via http://www.jopari.com/ebill-sign-up-form/ Jopari is Liberty Mutual's E-Billing Agent for All States.

**Utilization Management Department**

The information contained in this message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 800-664-2273, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments.

WMS | WOUND MANAGEMENT SPECIALISTS

778 Liberty Road, Flowood, MS 39232
P: 769-243-6141 / F: 601-510-1665

November 10, 2023

Liberty Mutual Insurance
ATTN: Appeals Department
PO Box 7070
London, KY 40742

RE: CLAIM NO.: [redacted]
Patient: [redacted]

To Whom It May Concern:

I am writing to appeal denials of charges for several dates of service related to the above-referenced claim. The relevant dates of service are:

| DOS | Service | Charges |
|---|---|---|
| 5/2/2023 | Debridement | $1,347.95 |
| 5/9/2023 | Debridement | $1,347.95 |
| 5/16/2023 | Skin substitute application | Split claim 1 of 3 $98,458.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $31,500.00 |
| 5/23/2023 | Skin substitute application | Split claim 1 of 3 $98,458.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $25,500.00 |
| 5/30/2023 | Skin substitute application | Split claim 1 of 3 $98,458.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $25,500.00 |
| 6/27/2023 | Skin Substitute application | Split claim 1 of 3 $98,674.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |

EXHIBIT
B

| | | |
|---|---|---|
| 7/4/2023 | Skin substitute application | Split claim 1 of 3 $98,674.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |
| 7/11/2023 | Skin substitute application | Split claim 1 of 3 $99,113.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |
| 7/18/2023 | Skin substitute application | Split claim 1 of 3 $98,674.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |
| 7/27/2023 | Debridement | $1,563.95 |
| 8/1/2023 | Debridement | $1,563.95 |
| 8/8/2023 | Debridement | $1,563.95 |
| 8/15/2023 | Debridement | $1,563.95 |
| 8/22/2023 | Debridement | $1,563.95 |

Our providers have been treating the patient, [redacted] since October 25, 2022, for a stage 4 pressure ulcer of the left hip. On May 8, 2023, our office received certification of the treatment plan to apply CarePatch between 5/8/2023 and 7/7/2023. This certification was extended through 9/7/2023 by letter dated 7/7/2023. Both the original certification and extension are included for your reference.

**Explanation Code 3383**

Each of the dates of service included in the table above show denials based on Code 3383 – "Services provided by nurse practitioners....must be billed by the physician overseeing these providers. Physicians must submit charges for services provided by mid-level practitioners by using the appropriate modifier." In Mississippi, nurse practitioners bill their own charges. As the patient was treated in Mississippi by a Mississippi- licensed nurse practitioner, these charges should be processed for payment immediately. Nevertheless, each of these claims were submitted with the "NP" modifier to indicate that a nurse practitioner was the rendering provider, therefore denying claims on these grounds is false. These claims were reprocessed at our request, and we have received some form of payment on all, but at a much lower rate than appropriate for these services. Included is a claim example that represents appropriate payment for CPT code Q4236.

**Explanation Code 4917/531**

Each of the dates of service which involved a skin substitute application were denied based on procedure code 99199 and requesting the code be updated to better define services performed. Interestingly, the code Q4236 was originally submitted, but then changed by your company to 99199 as indicated on the explanations of review code 4917. Q4236 is the very specific code for the skin substitute CarePatch, which was certified for use for this claim. We are unsure of why your company would change this to a generic code of 99199 and then request that we provide a more appropriate procedure code. We are confident that this error will be rectified immediately and processed for payment.

Should you need additional information, please contact me immediately at klawrence@woundmsllc.com or 229.733.0283.

Sincerely,

Kimberly Lawrence
Chief Legal Officer

enclosures: 5/8/23 Certification
7/7/23 Extension of Certification
Reimbursement rate example
Original claims submitted for the following dates of service:

- 5/2/2023
- 5/9/2023
- 5/16/2023
- 5/23/2023
- 5/30/2023
- 6/27/2023
- 7/4/2023
- 7/11/2023
- 7/18/2023
- 7/27/2023
- 8/1/2023
- 8/8/2023
- 8/15/2023
- 8/22/2023

MediCall
Clinical Solutions. Proven Results
A COGNIZANT COMPANY

**Review #224707**

UTILIZATION REVIEW – NOTICE OF APPROVAL

05/08/2023

Ashley Davis, F.N.P.
434 Katherine Drive
Flowood, MS 39232

Injured Worker: [redacted]
Claim Number: [redacted]
Date of Injury: [redacted]

Liberty Mutual Insurance Company has received a request for Utilization Review of health care services provided to the above named individual. MediCall is the Utilization Review Agent on behalf of Liberty Mutual Insurance Company. This correspondence serves as notification that the requested medical treatment listed below meets established criteria for medical necessity based on our review of the information submitted.

**Specific Treatment Plan Requested**

2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023

**UR Determination**

The prospective request for 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023 is certified.

MediCall
Clinical Solutions, Proven Results
A COGNIZANT COMPANY

**Review #224707**

This certification is for medical necessity only and does not guarantee payment under Workers' Compensation coverage. If you have any questions related to this claim, please contact your local Claims office.

Sincerely,

Marigold Frinces

MediCall Utilization Review Unit
1-800-664-2273

cc Wound Management Specialists
[redacted]

Mailstop 2210

Wausau, WI, 54401

800-664-2273

Date: 07/07/2023

Topic: Request for End Date Extension / Granted

From: MediCall on behalf of Liberty Mutual Managed Care, LLC

Liberty Mutual Managed Care LLC has granted an end date extension of a previously certified treatment:

RE: [redacted]

Transaction#: 224707

Request: 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4)

Extended end date: 09/07/2023

This is not a guarantee of payment for service. If you have questions regarding compensability or payment related to this claim, please contact the claims specialist assigned to this case.

**Go Paperless!** Liberty Mutual will receive and process your Workers Compensation medical bills and supporting documents electronically via http://www.jopari.com/ebill-sign-up-form/ Jopari is Liberty Mutual's E-Billing Agent for All States.

**Utilization Management Department**

The information contained in this message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 800-664-2273, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX — CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 02 2023 | 05 02 2023 | 12 | | 11043 | NP | A | 439 00 | 1 | | NPI | 1588991731 |
| 05 02 2023 | 05 02 2023 | 12 | | 11046 | NP | A | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN: 841803866 [ ] [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1347 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.224 B. L89.890 C. G82.21 D.
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24 A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 09 2023 | 05 09 2023 | 12 | | 11043 | NP | A | 439 00 | 1 | | NPI | 1588991731 |
| 05 09 2023 | 05 09 2023 | 12 | | 11046 | NP | A | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1347 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

— PATIENT AND INSURED INFORMATION —

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 2023 | 05 16 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 05 16 2023 | 05 16 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 05 16 2023 | 05 16 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98458 00

29. AMOUNT PAID $ 5183 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

— PHYSICIAN OR SUPPLIER INFORMATION —

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER: [X] OTHER (ID#)

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/17/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) QUAL.

15. OTHER DATE QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM / TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM / TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D.

E. F. G. H.

I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From (MM DD YY) | To (MM DD YY) | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 2023 | 05 16 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
05/17/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street) — CITY — STATE — ZIP CODE — TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/17/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From (MM DD YY) | To (MM DD YY) | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 2023 | 05 16 2023 | 12 | | Q4236 | 76 NP | A | 31500 00 | 21 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 841803866 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 31500 00

29. AMOUNT PAID $ 1365 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
05/17/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021737

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 2 OF 12

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 10,121.03
INTERNAL BILL NO: MSR: [redacted]
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO.
CONTRACT NO: [redacted]
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #:
SSN:
DOI: [redacted]
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER
ADDRESS [redacted]

DATES OF SERVICE: 05/16/23-05/16/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/23 | Q4236 | NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 05/16/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/16/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/16/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 05/16/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 21.00 | 31500.00 | 1365.00 | N/A | 0.00 | 1365.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 228958.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 10121.03 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10121.03 |

EXPLANATION CODE DESCRIPTIONS;

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA | PICA XXX

1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/25/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. LG82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 23 2023 | 05 23 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 05 23 2023 | 05 23 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 05 23 2023 | 05 23 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98458 00

29. AMOUNT PAID $ 5183 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
05/25/2023

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

PATIENT AND INSURED INFORMATION | PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

1. MEDICARE (Medicare#) ☐ MEDICAID (Medicaid#) ☐ TRICARE (ID#/DoD#) ☐ CHAMPVA (Member ID#) ☐ GROUP HEALTH PLAN (ID#) ☐ FECA BLK LUNG (ID#) ☐ OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS / CITY / STATE / ZIP CODE / TELEPHONE: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street):

CITY: STATE:

ZIP CODE: TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES ☐ NO

b. AUTO ACCIDENT? ☐ YES [X] NO PLACE (State)

c. OTHER ACCIDENT? ☐ YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/25/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

— PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? ☐ YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D.
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 23 2023 | 05 23 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN ☐ EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES ☐ NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
05/25/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

— PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA　　　　　　　　　　PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY　STATE

ZIP CODE　TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE　DATE 05/25/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE　17a.　17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 3 of 3

20. OUTSIDE LAB? [ ] YES [X] NO　$ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)　ICD Ind. 0

A. L89.224　B. L89.890　C. L G82.21　D.　E.　F.　G.　H.　I.　J.　K.　L.

22. RESUBMISSION CODE　ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| Line | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 23 2023 | 05 23 2023 | 12 | | Q4236 | 76 NP | A | 25500 00 | 17 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 841803866　SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 25500 00

29. AMOUNT PAID $ 1105 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
05/25/2023

SIGNED　DATE

32. SERVICE FACILITY LOCATION INFORMATION

WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a.　b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693

WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084　b.

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual INSURANCE

BLOCK NUMBER
021738

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 3 OF 12

OSN: [redacted]
BANK:
CHECK REF: [redacted] DATE: 11/02/23 AMT: 9,861.03
INTERNAL BILL NO: MSR: [redacted]
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 05/23/23-05/23/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/23 | Q4236 | NP | carePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 05/23/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/23/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/23/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 05/23/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 17.00 | 25500.00 | 1105.00 | N/A | 0.00 | 1105.00 | 309 4917 |

4466.03

TOTAL CHARGES: 222958.00
TOTAL PREVIOUSLY PAID: 716.97
TOTAL CURRENT PAYABLE: 9861.03
TOTAL WITHHOLDING - (FEDERAL AND STATE): 0.00

TOTAL AMOUNT PAID: 9861.03

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA | PICA XXX

1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

PATIENT AND INSURED INFORMATION

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/06/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L82.21 D.

E. F. G. H.

I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 30 2023 | 05 30 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 05 30 2023 | 05 30 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 05 30 2023 | 05 30 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98458 00

29. AMOUNT PAID $ 4466 03

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
06/06/2023

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693

WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/06/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 30 2023 | 05 30 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN: 841803866 [ ] [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
06/06/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street) / CITY / STATE / ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/06/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

— PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 3 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 30 2023 | 05 30 2023 | 12 | | Q4236 | 76 NP | A | 25500 00 | 17 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

— PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 25500.00

29. AMOUNT PAID $ 1105.00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
06/06/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021739

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 4 OF 12

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 9,861.03
INTERNAL BILL NO: [redacted] MSR: [redacted]
CUST/EXTERNAL BILL NO:
BR PROVIDER #: [redacted]

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 05/30/23-05/30/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/23 | Q4236 | NP | carePATCH, per sq cm | | | | N/A | 0.00 | 4225.00 309 | 4917 |
| 05/30/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | | | | |
| 05/30/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/30/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/30/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | 0.00 | 4290.00 309 | 4917 |
| 05/30/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | | | |
| 05/30/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | 0.00 | 1105.00 309 | 4917 |
| 05/30/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 17.00 | 25500.00 | 1105.00 | N/A | | | |

| | |
|---|---|
| TOTAL CHARGES: | 222958.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9861.03 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9861.03 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.

4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.

ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)

Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)

Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)

5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)

5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
CITY / STATE
ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. RESERVED FOR NUCC USE
c. RESERVED FOR NUCC USE
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO
10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]
a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]
b. OTHER CLAIM ID (Designated by NUCC)
c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE 06/28/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.
15. OTHER DATE QUAL. MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO
19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 27 2023 | 06 27 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 06 27 2023 | 06 27 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 06 27 2023 | 06 27 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | 06 27 2023 | 06 27 2023 | 12 | | 11042 | 59 NP | B | 216 00 | 1 | | NPI | 1588991731 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866
26. PATIENT'S ACCOUNT NO.: [redacted]
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO
28. TOTAL CHARGE $ 98674 00
29. AMOUNT PAID $ 5399.00
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
06/28/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX PICA XXX

PATIENT AND INSURED INFORMATION

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY STATE

ZIP CODE TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/28/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

PHYSICIAN OR SUPPLIER INFORMATION

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 27 2023 | 06 27 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
06/28/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021740

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 5 OF 12

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 9,697.78
MSR: [redacted]
INTERNAL BILL NO:
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 06/27/23-06/27/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/23 | Q4236 | NP | carePATCH, per sq cm | | | | | | | |
| 06/27/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 06/27/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 06/27/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 06/27/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 | 78 86 76 |
| | | | | | | | | 4562.78 | | |
| 06/27/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 06/27/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 06/27/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 06/27/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9697.78 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9697.78 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

Liberty Mutual INSURANCE

PROVIDER INQUIRIES: (800) 500-7644
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021741

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 6 OF 12

OSN: [redacted]
BANK: 288
CHECK REF: [redacted] DATE: 11/02/23 AMT: 9,697.78
INTERNAL BILL NO: [redacted] MSR: [redacted]
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 06/27/23-06/27/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER — PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY, SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY, SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From (MM DD YY) | To (MM DD YY) | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 04 2023 | 07 04 2023 | 12 | | Q4236 | JZ NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 07 04 2023 | 07 04 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 07 04 2023 | 07 04 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | 07 04 2023 | 07 04 2023 | 12 | | 11042 | 59 NP | B | 216 00 | 1 | | NPI | 1588991731 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98674 00

29. AMOUNT PAID $ 5399 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY [redacted] SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code) [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 04 2023 | 07 04 2023 | 12 | | Q4236 | 76 JZ NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 841803866 [ ] [X]

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA | PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21

E. F. G. H.

I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 04 2023 | 07 04 2023 | 12 | | Q4236 | 76 JZ NP | A | 19500 00 | 13 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 841803866 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 19500 00

29. AMOUNT PAID $ 845 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021742

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 7 OF 12

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 10,414.75
INTERNAL BILL NO: [redacted] KSR: [redacted]
CUST/EXTERNAL BILL NO:
BR PROVIDER #: [redacted]

CLAIM NO.
CONTRACT NO: [redacted]
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/04/23-07/04/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/23 | Q4236 | NP | curoPATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 07/04/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/04/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/04/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 | 78 86 76 |
| 07/04/23 | Q4236 | 76 | carePATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | 76 | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 07/04/23 | Q4236 | 76 | carePATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | 76 | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

5279 75

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 0.00 |
| TOTAL CURRENT PAYABLE: | 10414.75 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10414.75 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5782 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021743

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 8 OF 12

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 10,414.75
INTERNAL BILL NO: [redacted] MSR: [redacted]
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX5866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WHS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/04/23-07/04/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

XXX PICA

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/12/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0|00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. L89.151
E. G82.21 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 11 2023 | 07 11 2023 | 12 | | Q4236 | JZ NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 07 11 2023 | 07 11 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 07 11 2023 | 07 11 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | 07 11 2023 | 07 11 2023 | 12 | | 11042 | 51 59 NP | C | 216 00 | 1 | | NPI | 1588991731 |
| 5 | 07 11 2023 | 07 11 2023 | 12 | | 11043 | NP | A | 439 00 | 1 | | NPI | 1588991731 |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X] 841803866

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99113 00

29. AMOUNT PAID $ 5838 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/12/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

XXX PICA

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1) [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) [redacted]

3. PATIENT'S BIRTH DATE MM DD YY SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial) [redacted]

5. PATIENT'S ADDRESS [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code) [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/12/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. L89.151
E. G82.21 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

24.

| | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 11 2023 | 07 11 2023 | 12 | | Q4236 | JZ NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/12/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

XXX PICA

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: WC80DA55619

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/12/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. L89.151
E. G82.21 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 11 2023 | 07 11 2023 | 12 | | Q4236 | NP JZ | A | 19500 00 | 13 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 19500 00

29. AMOUNT PAID $ 845 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/12/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

Page 1 of 1

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021744

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 9 OF 12

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 10,608.44
INTERNAL BILL NO: [redacted] MSR: [redacted]
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; L89.151 ;
G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/11/23-07/11/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | N/A | 0.00 | 4225.00 | 309 4917 |
| 07/11/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 708.00 | |
| 07/11/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 250.00 | |
| 07/11/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 96.75 | 78 86 76 |
| 07/11/23 | 11042 | 51 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 193.69 | 78 76 |
| 07/11/23 | 11043 | NP | DEB MUSC/FASCIA 20 SQ CM/ | 1.00 | 439.00 | 193.69 | | | | |
| 07/11/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | N/A | 0.00 | 4290.00 | 309 4917 |
| 07/11/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | | | | |
| 07/11/23 | Q4236 | NP JZ | carePATCH, per sq cm | | | | N/A | 0.00 | 845.00 | 309 4917 |
| 07/11/23 | 99199 | NP JZ | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | | | | |

5473.44

TOTAL CHARGES: 217613.00
TOTAL PREVIOUSLY PAID: 0.00
TOTAL CURRENT PAYABLE: 10608.44
TOTAL WITHHOLDING - (FEDERAL AND STATE): 0.00

TOTAL AMOUNT PAID: 10608.44

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021745

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 10 OF 12

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 10,608.44
INTERNAL BILL NO: [redacted] MSR: [redacted]
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; L89.151 ;
G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/11/23-07/11/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 ORG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

XXX PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

8. RESERVED FOR NUCC USE

ZIP CODE — TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/21/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE — 17a. — 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0|00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. G82.21
E. L89.151 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| Line | 24A. DATE(S) OF SERVICE From (MM DD YY) | To (MM DD YY) | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 18 2023 | 07 18 2023 | 12 | | Q4236 | JZ NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 07 18 2023 | 07 18 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 07 18 2023 | 07 18 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | 07 18 2023 | 07 18 2023 | 12 | | 11042 | 59 NP | C | 216 00 | 1 | | NPI | 1588991731 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98674 00

29. AMOUNT PAID $ 5399 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/21/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

CARRIER

1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

8. RESERVED FOR NUCC USE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/21/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. G82.21
E. L89.151 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 18 2023 | 07 18 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/21/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX — CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1) [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) [redacted]

3. PATIENT'S BIRTH DATE MM DD YY SEX [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial) [redacted]

5. PATIENT'S ADDRESS [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

8. RESERVED FOR NUCC USE

ZIP CODE — TELEPHONE (Include Area Code) [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE — DATE 07/21/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE — 17a. — 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO — $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) — ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. G82.21
E. L89.151 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 18 2023 | 07 18 2023 | 12 | | Q4236 | 76 NP | A | 19500 00 | 13 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 841803866 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 19500.00

29. AMOUNT PAID $ 845.00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/21/2023
SIGNED — DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. — b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PHYSICIAN OR SUPPLIER INFORMATION

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021746

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 11 OF 12

OSN: [redacted]
BANK: [redacted]
CHECK REF: [redacted] DATE: 11/02/23 AMT: 10,414.75
INTERNAL BILL NO: [redacted] MSR: [redacted]
CUST/EXTERNAL BILL NO: [redacted]
BR PROVIDER #: [redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WKNS MSHOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; G82.21 ;
L89.151

EMPLOYER [redacted]
ADDRESS

DATES OF SERVICE: 07/18/23-07/18/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | | | | 4917 |
| 07/18/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 309 | |
| 07/18/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/18/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/18/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 78 | 86 |
| | | | | | | | | | 5279.75 76 | |
| 07/18/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 309 | 4917 |
| 07/18/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 309 | 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 0.00 |
| TOTAL CURRENT PAYABLE: | 10414.75 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10414.75 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.

4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.

78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.

86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.

76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.

ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)

Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)

Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)

5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)

5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021747

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 12 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMNS MSHOME FLOWOOD

EMPLOYER: [redacted]
ADDRESS:

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; G82.21 ;
L89.151

DATES OF SERVICE: 07/18/23-07/18/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA PICA XXX

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

8. RESERVED FOR NUCC USE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.223 B. L89.224 C. L89.893 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 27 2023 | 07 27 2023 | 12 | | 11042 | 59 NP | A | 216.00 | 1 | | NPI | 1588991731 |
| 07 27 2023 | 07 27 2023 | 12 | | 11043 | NP | B | 439.00 | 1 | | NPI | 1588991731 |
| 07 27 2023 | 07 27 2023 | 12 | | 11046 | NP | B | 908.95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563.95

29. AMOUNT PAID $ 0.00

30. Rsvd.for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.223 B. L89.893 C. L89.224 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 01 2023 | 08 01 2023 | 12 | | 11042 | 59 NP | AB | 216 00 | 1 | | NPI | 1588991731 |
| 08 01 2023 | 08 01 2023 | 12 | | 11043 | NP | C | 439 00 | 1 | | NPI | 1588991731 |
| 08 01 2023 | 08 01 2023 | 12 | | 11046 | NP | C | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.223 B. L89.224 C. L89.893 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 08 2023 | 08 08 2023 | 12 | | 11042 | 59 NP | A | 216 00 | 1 | | NPI | 1588991731 |
| 08 08 2023 | 08 08 2023 | 12 | | 11043 | NP | B | 439 00 | 1 | | NPI | 1588991731 |
| 08 08 2023 | 08 08 2023 | 12 | | 11046 | NP | B | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

XXX PICA

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.893 B. L89.224 C. L89.223 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 15 2023 | 08 15 2023 | 12 | | 11042 | 59 NP | A | 216 00 | 1 | | NPI | 1588991731 |
| 08 15 2023 | 08 15 2023 | 12 | | 11043 | NP | B | 439 00 | 1 | | NPI | 1588991731 |
| 08 15 2023 | 08 15 2023 | 12 | | 11046 | NP | B | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX — CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a 17b NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.223 B. L89.224 C. L89.893 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 22 2023 | 08 22 2023 | 12 | | 11042 | 59 NP | A | 216 00 | 1 | | NPI | 1588991731 |
| 08 22 2023 | 08 22 2023 | 12 | | 11043 | NP | B | 439 00 | 1 | | NPI | 1588991731 |
| 08 22 2023 | 08 22 2023 | 12 | | 11046 | NP | B | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org — PLEASE PRINT OR TYPE — APPROVED OMB-0938-1197 FORM 1500 (02-12)

ERA

EFT/Check #: 887139367 | EFT/Check Date: 6/21/2023 | EFT/Check Amount: $ -138597.74 | Payment Type: ACH

Payer Name: NOVITAS SOLUTIONS, INC. | Payer ID: SMLA0 | Process Date: 6/21/2023

Provider Name: HEALTHCARE PLUS LLC

Tax ID: 84-1803866 | NPI: | Other Payee ID: 1063927465

Address: 434 KATHERINE DRIVE FLOWOOD MS 39232-8810 | Addl. Payee ID: 1063927465

## CLAIM PROCESSING INFORMATION - CLAIM [6 OF 18]

Service Date: 6/5/2023

Processing Status: 19 - Processed as Primary, Forwarded to Additional Payer(s)

Payer Claim # / Medicare ICN #: [redacted]

Place Of Service: WOUND MANAGEMENT SPECIALISTS

Total Adjustment Amount: $ -29531.20

Charge: $ 96850.00

Paid: $ -67318.80

Patient Responsibility: $ 17173.16

Other/Crossover Insurance: WPS - TRICARE FOR LIFE

## PATIENT - SUBSCRIBER INFORMATION

Patient Name: [redacted] | Patient ID [redacted] | Patient Control Number: [redacted]

Corrected Patient/Subscriber Name: ,

Subscriber Name: , | Subscriber ID: | Group/Policy ID:

## REMITTANCE PROCESSING INFORMATION - SERVICE LINE DETAIL

| Svc Line # | Service Date | Proc Code Modifiers | Charge $ | Allowed $ | Not Allowed $ | Deductible $ | Co-Ins $ | Co-Pay $ | Paid $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/5/2023 | Q4236 59 | 96000.00 | 85696.00 | 10304.00 | 0.00 | -17139.20 | 0.00 | -67185.66 |
| 2 | 6/5/2023 | 15271 | 350.00 | 128.95 | 221.05 | 0.00 | -25.79 | 0.00 | -101.10 |
| 3 | 6/5/2023 | 15272 | 500.00 | 40.86 | 459.14 | 0.00 | -8.17 | 0.00 | -32.04 |

## SUPPLEMENTAL INFORMATION/ADJUSTMENT INFORMATION - SERVICE LINES

| Svc Line # | Supp/Adj Group Code | Description | Supp/Adj Reason Code | Description | Amount $ |
|---|---|---|---|---|---|
| 1 | CO | Contractual Obligations | 45 | Charges exceed your contracted/ legislated fee arrangement. | -10304.00 |
| 1 | CO | Contractual Obligations | 253 | Sequestration - reduction in federal payment | -1371.14 |
| 1 | PR | Patient Responsibility | 2 | Coinsurance Amount | -17139.20 |
| 2 | CO | Contractual Obligations | 45 | Charges exceed your contracted/ legislated fee arrangement. | -221.05 |
| 2 | CO | Contractual Obligations | 253 | Sequestration - reduction in federal payment | -2.06 |
| 2 | PR | Patient Responsibility | 2 | Coinsurance Amount | -25.79 |
| 3 | CO | Contractual Obligations | 45 | Charges exceed your contracted/ legislated fee arrangement. | -459.14 |
| 3 | CO | Contractual Obligations | 253 | Sequestration - reduction in federal payment | -0.65 |
| 3 | PR | Patient Responsibility | 2 | Coinsurance Amount | -8.17 |

Claim 6 of 18 Page 6 of 18

**From:** Knight, Sara <Sara.Knight@libertymutual.com>
**Sent:** Thursday, February 22, 2024 1:18 PM
**To:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

I don't, but you can certainly contact them directly at 800-500-7044. I did forward your email to them earlier and asked they re-review for payment.

**SARA KNIGHT | SCLA**
she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

**How are we doing?** **Send us a document**

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Sent:** Thursday, February 22, 2024 2:15 PM
**To:** Knight, Sara <Sara.Knight@libertymutual.com>; Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Sara,

I am following up with you again. Have you received any updates from your billing department? We are hoping to have this matter resolved quickly.

Thank you,

WMS | MANAGEMENT SPECIALISTS

**Tonya Bumgardner**
**Director of Revenue Cycle**

601.345.4132 www.woundmsllc.com



EXHIBIT
C

**From:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Sent:** Monday, February 19, 2024 10:51 AM
**To:** Knight, Sara <Sara.Knight@libertymutual.com>; Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Sara,

Attached are the files for several dates of services that **do** include the NP modifiers on the claims, as they were originally filed. As Kimberly stated, there were a couple of dates that were indeed missing the NP modifier - and those have been refiled. However, all other dates of services continue to be denied that **do** include the modifier. To clarify, all the dates of service have received some form of payment, but not paid at an appropriate rate. A prompt response would be greatly appreciated, to help us initiate the next steps in this process.

Thank you,

WMS | MANAGEMENT SPECIALISTS

**Tonya Bumgardner**
**Director of Revenue Cycle**

601.345.4132 www.woundmsllc.com

**From:** Knight, Sara <Sara.Knight@libertymutual.com>
**Sent:** Monday, February 19, 2024 10:36 AM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Hello,
Here's what I received back from the billing department.

Per KY fee schedule, a nurse practitioner requires the NP modifier. That is why the bill is being denied for modifier. They would need to file an appeal with a corrected bill adding modifier NP.

**Modifier GQ: Via Asynchronous Telecommunications System.**

**Modifiers NP, PA, CNS, RNFA, APRN: Mid-Level Practitioners**

All services provided by mid-level practitioners including nurse practitioners, physician assistants, clinical nurse specialists, advanced practice registered nurses and registered nurse first assistants must be billed using an appropriate modifier. The following modifiers are recognized for reimbursement:

- NP (nurse practitioner services)
- CNS (clinical nurse specialist services)
- PA (physician assistance services)
- RNFA (registered nurse first assistant services)
- APRN (advanced practice registered nurse services)

Reimbursement for services billed with these modifiers will be at 80 percent of the Fee Schedule unless the service is also billed with Modifier AS (Assistant at Surgery), which is reimbursed at 10 percent of the Fee Schedule. Physicians may not bill for supervisory time and/or oversight of a mid-level practitioner.

Services provided by nurse practitioners, physician assistants, clinical nurse specialists and advanced practice registered nurses must be billed by the physician overseeing these providers by using an appropriate modifier PROVIDED, however, that nurse practitioners, clinical nurse specialists, and advanced practice registered nurses who practice independent of and without supervision by a physician may bill and reimbursement shall be made directly to such independent providers.

**SARA KNIGHT | SCLA**
she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

**How are we doing?** **Send us a document**

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Thursday, February 15, 2024 5:40 PM
**To:** Knight, Sara <Sara.Knight@libertymutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Hi Sara- can you please provide an update?

Kimberly
Sent from my iPhone

On Feb 12, 2024, at 11:28 AM, Kimberly Lawrence <klawrence@woundmsllc.com> wrote:

Hi Sara – after review, we found that one of the splits on 5/13 and 7/4 were missed and those will be resubmitted today. However, all other claims were originally submitted with the appropriate modifier. Can you have someone review as they have not been paid correctly?

Thanks,
Kimberly

**From:** Knight, Sara <Sara.Knight@LibertyMutual.com>
**Date:** Monday, February 5, 2024 at 12:35 PM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Good morning, Kimberly. Here are the EOP messages – looks like the services that are being provided are rejecting out because of incorrect billing. This is a KY juris claim, so the bills should be sent through using the appropriate modifiers or physician overseeing the NP mid-level provider. The bills can be re-reviewed for payment once updated billing(s) are received.

Thanks!

ExPRS - Medical Cost Summary - EOP Messages - [redacted].

EOP Messages

**ontrol #:** 1119069755

| vc No. | Code | Description |
| --- | --- | --- |
| I | 3383 | SERVICES PROVIDED BY NURSE PRACTITIONERS, PHYSICIAN ASSISTANTS, CLINICAL NURSE SPECIALISTS, AND REGISTERED NURSE FIRST ASSISTANTS, OR MID-LEVEL PRACTITIONERS, MUST BE BILLED BY THE PHYSICIAN OVERSEEING THESE PROVIDERS. PHYSICIANS MUST SUBMIT CHARGES FOR SERVICES PROVIDED BY MID-LEVEL PRACTITIONERS BY USING THE APPROPRIATE MODIFIER. |

Print List    Close

SARA KNIGHT | SCLA

she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Monday, February 5, 2024 11:42 AM
**To:** Knight, Sara <Sara.Knight@LibertyMutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Esker, Emily <Emily.Esker@libertymutual.com>
**Subject:** [redacted]

Hi Sara – can I please get an update?

Thanks,
Kimberly

**From:** Esker, Emily <Emily.Esker@libertymutual.com>
**Date:** Thursday, December 21, 2023 at 6:49 AM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>, Knight, Sara <Sara.Knight@LibertyMutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Good morning,

I am not on this claim however Sara will be able to provide you an update.

**EMILY ESKER, RN, BSN, CCM**
Senior Nurse Case Manager, Managed Solutions- Nurse Case Management
GRS NA Claims- Workers Compensation

Liberty Mutual Insurance
Peoria heights, IL
Office: 317-428-1619 Fax: 866-579-3385

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-428-1619 Fax: 866-579-3385, (2) do not use, disseminate, distribute or reproduce any

part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Thursday, December 21, 2023 5:29 AM
**To:** Knight, Sara <Sara.Knight@LibertyMutual.com>; Esker, Emily <Emily.Esker@libertymutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Good morning – I am checking to see if there is any update on this claim. Please advise.

Thanks!

Kimberly

**From:** Knight, Sara <Sara.Knight@LibertyMutual.com>
**Date:** Friday, November 10, 2023 at 12:14 PM
**To:** Esker, Emily <Emily.Esker@libertymutual.com>, Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Thank you! I've forwarded to our billing department for review.

**SARA KNIGHT | SCLA**
she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Esker, Emily <Emily.Esker@libertymutual.com>
**Sent:** Friday, November 10, 2023 12:37 PM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>; Knight, Sara <Sara.Knight@LibertyMutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Sara Knight is the adjuster on the claim. I have included her on the email

**EMILY ESKER, RN, BSN, CCM**
Senior Nurse Case Manager, Managed Solutions- Nurse Case Management
GRS NA Claims- Workers Compensation

Liberty Mutual Insurance
Peoria heights, IL
Office: 317-428-1619 Fax: 866-579-3385

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-428-1619 Fax: 866-579-3385, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Friday, November 10, 2023 11:32 AM
**To:** Esker, Emily <Emily.Esker@libertymutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Hi Emily – please see attached letter which is being sent to your appeals department today. I do not have an email address for the adjuster. Please let me know if you need anything additional.

[redacted]

Thanks,

Kimberly

WMS

**Kimberly Lawrence**
**Chief Legal Officer, Wound Management S**

229.733.0283 | www.woundmsllc.com | klawren

# Mississippi Workers' Compensation Commission

## Request for Resolution of Dispute

**INSTRUCTIONS FOR USE**

Please provide the following information and return with the required medical records to the address shown below.

**A COPY OF THE REQUEST FOR RESOLUTION OF DISPUTE AND ITS CONTENTS MUST BE SENT BY CERTIFIED MAIL TO THE PAYER.**

This dispute is submitted by: ☑ Provider ☐ Payer ☐ Other

Name Wound Management Specialists LLC

Address 778 Liberty Rd.

City/State/Zip Flowood, MS 39232 Phone 601-345-4132

Contact Person Tonya Bumgardner Email tbumgardner@woundmsllc.com

**CLAIMANT INFORMATION**

Name [redacted]

Address [redacted]

City/State/Zip [redacted] Phone [redacted]

Claim Number [redacted] Date of Service 5/16/23; 5/23/23; 5/30/23; 6/27/23; 7/4/23; 7/11/23; 7/18/23

Employer [redacted] Date of Injury [redacted]

**PAYER INFORMATION**

Carrier/Self Insured Name Liberty Mutual

Address P O BOX 7203

City/State/Zip London, KY 40742

Insurance Company/Third Party Administrator

Phone 888-925-8396 Email

**Narrative Description of Unresolved Dispute(s)**

These claims are being disputed due to inaccurate denials and inappropriate reimbursement rates.

**Please attach copies of the following information regarding this claim:**

☑ Original Bill
☑ Certified Mail Receipt
☑ Prior Authorization
☑ EOB(s)/EOR(s)
☑ Medical Records/Invoices(s)
☑ Appeal(s)
☑ EOMB including specific reimbursement
☑ Supporting documentation and communication
☑ Other pertinent information for review of this claim
☑ Documentation to substantiate the reconsideration of the original bill submitted

**DO NOT WRITE BELOW – FOR OFFICE USE ONLY**

Date Received at MWCC

Date Reviewed by Cost Containment Division

MWCC – CC#

Mississippi Workers' Compensation Commission • Cost Containment Division • P O Box 5300 • Jackson, MS 39296-5300



CPT Copyright 2021 American Medical Association. All rights reserved.

EXHIBIT D

WMS MANAGEMENT SPECIALISTS

Mississippi Workers' Compensation Commission

April 29, 2024

Mississippi Workers' Compensation Commission
Cost Containment Division
1428 Lakeland Drive
P.O. Box 5300
Jackson, MS 39296-5300

**Re: Request for Resolution of Dispute**

Dear Sir or Madam,

This letter represents the Request for Resolution of Dispute ("Request") from Wound Management Specialists, located in Flowood, MS (the "Practice"). We are asking MWCC to review and overturn the carrier's recoding and denial of the submitted claims at issue. In this case, Liberty Mutual Insurance ("Liberty") (1) initially asserted Kentucky Workers Compensation Commission rules to adjudicate the claim; (2) arbitrarily recoded the claim to a code that does not properly describe the services; and (3) failed to explain to the Practice why this code was chosen or how the reimbursement was calculated.

This matter involves a complex, Stage 4 pressure wound arising from a work-related injury on approximately October 25, 2022. In treating the patient, the Practice nurse practitioner used carePATCH™, an amniotic membrane covering used to protect wounds to promote complex wound healing. The Practice requested a prior authorization for this service, which was granted by Liberty initially on May 8, 2023, and then extended through September 7, 2023 (See **Exhibit 1, Prior Authorizations**).

After receiving authorization, the Practice applied carePATCH™ to the patient's wound, beginning on May 16, 2023 and at weekly intervals through July 18, 2023. The Practice filed claims for these services within the appropriate timeline, reporting the carePATCH™ with HCPCS code Q-4236 ("amniotic membrane allograft"). Liberty initially denied all claims. When the Practice reached out to Liberty to determine why the claims were denied, Liberty cited a Kentucky Fee Schedule rule that requires a certain modifier when nurse practitioners furnished services. (See **Exhibit 2, Correspondence Regarding Nurse Practitioners Modifier**). Even though the Kentucky Workers Compensation Commission rules did not apply to these claims, the Practice resubmitted any claim that did not contain the nurse practitioner modifier.

Subsequently, Liberty provided Reconsideration Decisions for each date of service (attached as **Exhibit 3, Reconsideration Decisions**). The Reconsideration Decision included a change to the appropriately assigned HCPCS Level II code, Q4236-for amniotic membrane allograft, to unlisted CPT® code, 99199.

CPT 99199 is the code for "Unlisted special service, procedure or report" which does not accurately identify the service provided. The Reconsideration Decisions state "The charge for this procedure exceeds the fee schedule allowance. Code (Q4236) changed to (99199) better defining services performed."

We believe Liberty's recoding of the claim is in violation of the Workers Compensation Medical Fee Schedule, which limits recoding only for the correction of miscoded services. The Practice properly coded the services using Code Q4236. This Code is specifically implemented for CarePATCH. (see **Exhibit 4**). We have no reason to use an unlisted code, which Liberty did when recoding the services to 99199.

The only reason we can see for Liberty's recoding in this instance is cost containment. Recoding or "down coding" for the purpose of cost containment subjects the carrier to penalties, per the Medical Fee Schedule, Billing and Reimbursement Rules, Section III.C.3. Liberty's code change resulted in payment that is much lower than the reimbursement discussed in the November 15, 2022 Workers Compensation Medical Fee Schedule which states ,"If this Fee Schedule does not establish a maximum specific fee for a particular service or procedure, and a usual and customary rate cannot be determined because the FH Benchmarks products do not contain a fee for same, then the maximum allowable reimbursement shall be equal to the national Medicare allowance plus thirty percent (30%). In the absence of an established Medicare value, and assuming none of the above provisions apply, the maximum allowable reimbursement shall be eighty percent (80%) of the providers total billed charged."

The Practice's maximum charge in this case was $1,500 per unit of CarePatch furnished. Liberty recoded the service and paid the Practice $65 per unit, or only *4% of the billed amount*.

On November 10, 2023, the Practice submitted an appeal packet to Liberty Mutual requesting formal review. (See **Exhibit 5**). The Practice called or emailed Liberty representatives every few weeks and were told that the claims were being reviewed. On February 5, 2024 (greater than 3 months after the Reconsideration Decision was issued) Liberty claims specialist, Sara Knight, stated that the claims were initially denied by Liberty based on a **Kentucky** Fee Schedule rule stating that "Services provided by nurse practitioners, physician assistants, clinical specialists, and registered nurse first assistants, or mod-level practitioners, must be billed by the physician overseeing these providers. Physicians must submit charges for services provided by mid-level practitioners by using the appropriate modifier" and that "The Bills can be re-reviewed for payment once the updated billing(s) are received." (See **Exhibit 2**). On February 19, 2024, Sara Knight recommended filing an appeal "with a corrected bill adding modifier NP."

The guidance from Liberty is unhelpful. The Kentucky Fee Schedule does not apply to these claims. Secondly, the NP modifier (a KY rule that is not in effect under Mississippi Workers Compensation law), had been added to the claims, and the Practice's November 2023 appeal thoroughly explained this. (See **Exhibit 5**). Further, over the past few months, Liberty personnel have stopped responding to our emails and our phone calls related to this appeal. Accordingly, we are submitting this Request for Resolution of Dispute for good cause. Attached please find our Request for Resolution of Dispute form and supporting information.

If you have any questions, please feel free to contact me at tbumgardner@woundmsllc.com or 601-757-3387.

Sincerely,

Director of Revenue Cycle Management

**CERTIFICATION OF COPY TO LIBERTY MUTUAL**

I certify that a copy of this Request for Resolution of Dispute and all supporting documentation filled with MWCC is provided simultaneously to Liberty Mutual by certified mail.

SIGNED:

Cc: Liberty Mutual Insurance, Appeals Department

# Exhibit 1

MediCall
Clinical Solutions, Proven Results
A COGNIZANT COMPANY

Review #224707

UTILIZATION REVIEW – NOTICE OF APPROVAL

05/08/2023

Ashley Davis, F.N.P.
434 Katherine Drive
Flowood, MS 39232

Injured Worker: [redacted]
Claim Number:
Date of Injury:

Liberty Mutual Insurance Company has received a request for Utilization Review of health care services provided to the above named individual. MediCall is the Utilization Review Agent on behalf of Liberty Mutual Insurance Company. This correspondence serves as notification that the requested medical treatment listed below meets established criteria for medical necessity based on our review of the information submitted.

**Specific Treatment Plan Requested**

2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023

**UR Determination**

The prospective request for 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023 is certified.

MediCall
Clinical Solutions, Proven Results
—A COGNIZANT COMPANY—

Review #224707

This certification is for medical necessity only and does not guarantee payment under Workers' Compensation coverage. If you have any questions related to this claim, please contact your local Claims office.

Sincerely,

Marigold Frinces

MediCall Utilization Review Unit
1-800-664-2273

cc Wound Management Specialists
[redacted]

Mailstop 2210

Wausau, WI, 54401

800-664-2273

Date: 07/07/2023

Topic: Request for End Date Extension / Granted

From: MediCall on behalf of Liberty Mutual Managed Care, LLC

Liberty Mutual Managed Care LLC has granted an end date extension of a previously certified treatment:

RE: [redacted]

Transaction#: [redacted]

Request: 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4)

Extended end date: 09/07/2023

This is not a guarantee of payment for service. If you have questions regarding compensability or payment related to this claim, please contact the claims specialist assigned to this case.

**Go Paperless!** Liberty Mutual will receive and process your Workers Compensation medical bills and supporting documents electronically via http://www.jopari.com/ebill-sign-up-form/ Jopari is Liberty Mutual's E-Billing Agent for All States.

**Utilization Management Department**

The information contained in this message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 800-664-2273, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments.

# EXHIBIT 2

**From:** Knight, Sara <Sara.Knight@libertymutual.com>
**Sent:** Thursday, February 22, 2024 1:18 PM
**To:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

I don't, but you can certainly contact them directly at 800-500-7044. I did forward your email to them earlier and asked they re-review for payment.

**SARA KNIGHT | SCLA**
she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

**How are we doing?** **Send us a document**

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Sent:** Thursday, February 22, 2024 2:15 PM
**To:** Knight, Sara <Sara.Knight@libertymutual.com>; Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Sara,

I am following up with you again. Have you received any updates from your billing department? We are hoping to have this matter resolved quickly.

Thank you,

WMS | MANAGEMENT SPECIALISTS
**Tonya Bumgardner**
**Director of Revenue Cycle**

601.345.4132 www.woundmsllc.com

**From:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Sent:** Monday, February 19, 2024 10:51 AM
**To:** Knight, Sara <Sara.Knight@libertymutual.com>; Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Sara,

Attached are the files for several dates of services that **do** include the NP modifiers on the claims, as they were originally filed. As Kimberly stated, there were a couple of dates that were indeed missing the NP modifier - and those have been refiled. However, all other dates of services continue to be denied that **do** include the modifier. To clarify, all the dates of service have received some form of payment, but not paid at an appropriate rate. A prompt response would be greatly appreciated, to help us initiate the next steps in this process.

Thank you,

WMS | MANAGEMENT SPECIALISTS

**Tonya Bumgardner**
**Director of Revenue Cycle**

601.345.4132 www.woundmsllc.com

**From:** Knight, Sara <Sara.Knight@libertymutual.com>
**Sent:** Monday, February 19, 2024 10:36 AM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Hello,
Here's what I received back from the billing department.

Per KY fee schedule, a nurse practitioner requires the NP modifier. That is why the bill is being denied for modifier. They would need to file an appeal with a corrected bill adding modifier NP.

**Modifier GQ: Via Asynchronous Telecommunications System.**

**Modifiers NP, PA, CNS, RNFA, APRN: Mid-Level Practitioners**

All services provided by mid-level practitioners including nurse practitioners, physician assistants, clinical nurse specialists, advanced practice registered nurses and registered nurse first assistants must be billed using an appropriate modifier. The following modifiers are recognized for reimbursement:

- NP (nurse practitioner services)
- CNS (clinical nurse specialist services)
- PA (physician assistance services)
- RNFA (registered nurse first assistant services)
- APRN (advanced practice registered nurse services)

Reimbursement for services billed with these modifiers will be at 80 percent of the Fee Schedule unless the service is also billed with Modifier AS (Assistant at Surgery), which is reimbursed at 10 percent of the Fee Schedule. Physicians may not bill for supervisory time and/or oversight of a mid-level practitioner.

Services provided by nurse practitioners, physician assistants, clinical nurse specialists and advanced practice registered nurses must be billed by the physician overseeing these providers by using an appropriate modifier PROVIDED, however, that nurse practitioners, clinical nurse specialists, and advanced practice registered nurses who practice independent of and without supervision by a physician may bill and reimbursement shall be made directly to such independent providers.

**SARA KNIGHT | SCLA**
she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

**How are we doing?** **Send us a document**

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Thursday, February 15, 2024 5:40 PM
**To:** Knight, Sara <Sara.Knight@libertymutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Todd Arnold <tarnold@woundmsllc.com>
**Subject:** [redacted]

Hi Sara- can you please provide an update?

Kimberly
Sent from my iPhone

On Feb 12, 2024, at 11:28 AM, Kimberly Lawrence <klawrence@woundmsllc.com> wrote:

Hi Sara – after review, we found that one of the splits on 5/13 and 7/4 were missed and those will be resubmitted today. However, all other claims were originally submitted with the appropriate modifier. Can you have someone review as they have not been paid correctly?

Thanks,
Kimberly

**From:** Knight, Sara <Sara.Knight@LibertyMutual.com>
**Date:** Monday, February 5, 2024 at 12:35 PM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Good morning, Kimberly. Here are the EOP messages – looks like the services that are being provided are rejecting out because of incorrect billing. This is a KY juris claim, so the bills should be sent through using the appropriate modifiers or physician overseeing the NP mid-level provider. The bills can be re-reviewed for payment once updated billing(s) are received.

Thanks!

ExPRS - Medical Cost Summary - EOP Messages - [redacted].

EOP Messages

ontrol # : 1119069755

| vc No. | Code | Description |
| --- | --- | --- |
| I | 3383 | SERVICES PROVIDED BY NURSE PRACTITIONERS, PHYSICIAN ASSISTANTS, CLINICAL NURSE SPECIALISTS, AND REGISTERED NURSE FIRST ASSISTANTS, OR MID-LEVEL PRACTITIONERS, MUST BE BILLED BY THE PHYSICIAN OVERSEEING THESE PROVIDERS. PHYSICIANS MUST SUBMIT CHARGES FOR SERVICES PROVIDED BY MID-LEVEL PRACTITIONERS BY USING THE APPROPRIATE MODIFIER. |

Print List Close

SARA KNIGHT | SCLA

she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Monday, February 5, 2024 11:42 AM
**To:** Knight, Sara <Sara.Knight@LibertyMutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>; Esker, Emily <Emily.Esker@libertymutual.com>
**Subject:** [redacted]

Hi Sara – can I please get an update?

Thanks,
Kimberly

**From:** Esker, Emily <Emily.Esker@libertymutual.com>
**Date:** Thursday, December 21, 2023 at 6:49 AM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>, Knight, Sara <Sara.Knight@LibertyMutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Good morning,

I am not on this claim however Sara will be able to provide you an update.

**EMILY ESKER, RN, BSN, CCM**
Senior Nurse Case Manager, Managed Solutions- Nurse Case Management
GRS NA Claims- Workers Compensation

Liberty Mutual Insurance
Peoria heights, IL
Office: 317-428-1619 Fax: 866-579-3385

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-428-1619 Fax: 866-579-3385, (2) do not use, disseminate, distribute or reproduce any

part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Thursday, December 21, 2023 5:29 AM
**To:** Knight, Sara <Sara.Knight@LibertyMutual.com>; Esker, Emily <Emily.Esker@libertymutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Good morning – I am checking to see if there is any update on this claim. Please advise.

Thanks!

Kimberly

**From:** Knight, Sara <Sara.Knight@LibertyMutual.com>
**Date:** Friday, November 10, 2023 at 12:14 PM
**To:** Esker, Emily <Emily.Esker@libertymutual.com>, Kimberly Lawrence <klawrence@woundmsllc.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Thank you! I've forwarded to our billing department for review.

**SARA KNIGHT | SCLA**
she/her/hers
Sr Tech Claims Specialist-WC
WC Central Complex

Liberty Mutual Insurance | Helmsman Management Services
Indianapolis, IN-PARKWOOD
Office: 317-689-6172 Fax: 603-559-2409
Mailing Address: PO Box 7170, Indianapolis, IN 46207

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-689-6172, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Esker, Emily <Emily.Esker@libertymutual.com>
**Sent:** Friday, November 10, 2023 12:37 PM
**To:** Kimberly Lawrence <klawrence@woundmsllc.com>; Knight, Sara <Sara.Knight@LibertyMutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Sara Knight is the adjuster on the claim. I have included her on the email

**EMILY ESKER, RN, BSN, CCM**
Senior Nurse Case Manager, Managed Solutions- Nurse Case Management
GRS NA Claims- Workers Compensation

Liberty Mutual Insurance
Peoria heights, IL
Office: 317-428-1619 Fax: 866-579-3385

The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 317-428-1619 Fax: 866-579-3385, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

**From:** Kimberly Lawrence <klawrence@woundmsllc.com>
**Sent:** Friday, November 10, 2023 11:32 AM
**To:** Esker, Emily <Emily.Esker@libertymutual.com>
**Cc:** Tonya Bumgardner <tbumgardner@woundmsllc.com>
**Subject:** [redacted]

Hi Emily – please see attached letter which is being sent to your appeals department today. I do not have an email address for the adjuster. Please let me know if you need anything additional.

[redacted]

Thanks,

Kimberly

**Kimberly Lawrence**
**Chief Legal Officer, Wound Management S**

229.733.0283 | www.woundmsllc.com | klawren

# EXHIBIT 3

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021737

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 2 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; E82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 05/16/23-05/16/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/23 | Q4236 | NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 309 | 4917 |
| 05/16/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/16/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/16/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 309 | 4917 |
| 05/16/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 21.00 | 31500.00 | 1365.00 | N/A | 0.00 | 1365.00 309 | 4917 |

TOTAL CHARGES: 228958.00
TOTAL PREVIOUSLY PAID: 716.97
TOTAL CURRENT PAYABLE: 10121.03
TOTAL WITHHOLDING - (FEDERAL AND STATE): 0.00

TOTAL AMOUNT PAID: 10121.03

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.

4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.

ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)

Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)

Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)

5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)

5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

Case 3:24-cv-00727-DPJ-ASH Document 1-1 Filed 11/12/24 Page 91 of 152

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021738

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 3 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 05/23/23-05/23/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/23 | Q4236 | NP | carePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 05/23/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/23/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/23/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | 4466.05 | |
| 05/23/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 05/23/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 17.00 | 25500.00 | 1105.00 | N/A | 0.00 | 1105.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 222958.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9861.03 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9861.03 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.

4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.

ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)

Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)

Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)

5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)

5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021739

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 4 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 05/30/23-05/30/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/23 | Q4236 | NP | carePATCH, per sq cm | | | | | | | |
| 05/30/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 05/30/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/30/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/30/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/30/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 05/30/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/30/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 17.00 | 25500.00 | 1105.00 | N/A | 0.00 | 1105.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 222958.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9861.03 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9861.03 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.

4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.

ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)

Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)

Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)

5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)

5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual INSURANCE

BLOCK NUMBER
021740

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 5 OF 12

[redacted]

CLAIM NO.
CONTRACT NO:
DOCUMENT NO:
[redacted]

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #:
SSN:
DOI:
PATIENT:
[redacted]

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER:
ADDRESS:
[redacted]

DATES OF SERVICE: 06/27/23-06/27/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/23 | Q4236 | NP | carePATCH, per sq cm | | | | | 0.00 | 4225.00 | 309 4917 |
| 06/27/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | | | |
| 06/27/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 06/27/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 06/27/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 | 78 86 |
| | | | | | | | | | 4562.73 | 76 |
| 06/27/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 06/27/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 06/27/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 06/27/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9697.78 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9697.78 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual INSURANCE

BLOCK NUMBER
021741

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 6 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 06/27/23-06/27/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021742

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 7 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/04/23-07/04/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/23 | Q4236 | NP | carePATCH, per sq cm | | | | N/A | 0.00 | 4225.00 309 | 4917 |
| 07/04/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | | | | |
| 07/04/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/04/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/04/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 78 76 | 86 |
| 07/04/23 | Q4236 | 76 | carePATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | 76 | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 309 | 4917 |
| 07/04/23 | Q4236 | 76 | carePATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | 76 | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 309 | 4917 |

5279175

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 0.00 |
| TOTAL CURRENT PAYABLE: | 10414.75 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10414.75 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

BLOCK NUMBER
021743

PAGE 8 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/04/23-07/04/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual INSURANCE

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

BLOCK NUMBER
021744



[redacted]

CLAIM NO.
CONTRACT NO:
DOCUMENT NO: [redacted]

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #:
SSN:
DOI:
PATIENT: [redacted]

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

EMPLOYER:
ADDRESS: [redacted]

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; L89.151 ;
E82.21

DATES OF SERVICE: 07/11/23-07/11/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | | | | |
| 07/11/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 07/11/23 | 15275 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/11/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/11/23 | 11042 | 51 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 | 78 86 76 |
| 07/11/23 | 11043 | NP | DEB MUSC/FASCIA 20 SQ CM/ | 1.00 | 439.00 | 193.69 | N/A | 0.00 | 193.69 | 78 76 |
| 07/11/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | | | | |
| 07/11/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 07/11/23 | Q4236 | NP JZ | carePATCH, per sq cm | | | | | | | |
| 07/11/23 | 99199 | NP JZ | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

5473.44

TOTAL CHARGES: 217613.00
TOTAL PREVIOUSLY PAID: 0.00
TOTAL CURRENT PAYABLE: 10608.44
TOTAL WITHHOLDING - (FEDERAL AND STATE): 0.00

TOTAL AMOUNT PAID: 10608.44

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021745

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 10 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

EMPLOYER: [redacted]
ADDRESS:

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; L89.151 ;
G82.21

DATES OF SERVICE: 07/11/23-07/11/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021746

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 11 OF 12

[redacted]

CLAIM NO.
CONTRACT NO:
DOCUMENT NO: [redacted]

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #:
SSN:
DOI:
PATIENT: [redacted]

PROVIDER: ASHLEY DAVIS
WMNS MSHOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; G82.21 ;
L89.151

EMPLOYER:
ADDRESS: [redacted]

DATES OF SERVICE: 07/18/23-07/18/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 309 | 4917 |
| 07/18/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/18/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/18/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 78 | 86 |
| | | | | | | | | | 5279.75 76 | |
| 07/18/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 309 | 4917 |
| 07/18/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 309 | 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 0.00 |
| TOTAL CURRENT PAYABLE: | 10414.75 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10414.75 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021747

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 12 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMNS MSHOME FLOWOOD

EMPLOYER: [redacted]
ADDRESS:

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; E82.21 ;
L89.151

DATES OF SERVICE: 07/18/23-07/18/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

# EXHIBIT 4

ExtremityCare® ≡

# carePATCH™

## carePatch™ is a Dual Layer Amniotic Membrane

- Dual layer amniotic membrane.
- carePATCH™ is a placental tissue allograft that may be used as a protective barrier in wound care applications. The natural properties of amniotic tissue provide mechanical protection and growth factors to support the management of acute and chronic wounds.
- This is homologous use because serving as a natural covering and offering protection from the surrounding environment are the inherent functions of amniotic membrane.
- Proprietary processing of the tissue ensures that the natural structure and relevant characteristics are preserved.
- Dehydrated, packaged, and terminally sterilized with a 2-year shelf life. Stored at ambient temperature.
- HCPCS: Q4236

Privacy · Terms

# EXHIBIT 5

WMS WOUND MANAGEMENT SPECIALISTS
778 Liberty Road, Flowood, MS 39232
P: 769-243-6141 / F: 601-510-1665

November 10, 2023

Liberty Mutual Insurance
ATTN: Appeals Department
PO Box 7070
London, KY 40742

RE: CLAIM NO.: [redacted]
Patient: [redacted]

To Whom It May Concern:

I am writing to appeal denials of charges for several dates of service related to the above-referenced claim. The relevant dates of service are:

| DOS | Service | Charges |
|---|---|---|
| 5/2/2023 | Debridement | $1,347.95 |
| 5/9/2023 | Debridement | $1,347.95 |
| 5/16/2023 | Skin substitute application | Split claim 1 of 3 $98,458.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $31,500.00 |
| 5/23/2023 | Skin substitute application | Split claim 1 of 3 $98,458.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $25,500.00 |
| 5/30/2023 | Skin substitute application | Split claim 1 of 3 $98,458.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $25,500.00 |
| 6/27/2023 | Skin Substitute application | Split claim 1 of 3 $98,674.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |

| | | |
|---|---|---|
| 7/4/2023 | Skin substitute application | Split claim 1 of 3 $98,674.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |
| 7/11/2023 | Skin substitute application | Split claim 1 of 3 $99,113.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |
| 7/18/2023 | Skin substitute application | Split claim 1 of 3 $98,674.00<br>Split claim 2 of 3 $99,000.00<br>Split claim 3 of 3 $19,500.00 |
| 7/27/2023 | Debridement | $1,563.95 |
| 8/1/2023 | Debridement | $1,563.95 |
| 8/8/2023 | Debridement | $1,563.95 |
| 8/15/2023 | Debridement | $1,563.95 |
| 8/22/2023 | Debridement | $1,563.95 |

Our providers have been treating the patient, [redacted] since October 25, 2022, for a stage 4 pressure ulcer of the left hip. On May 8, 2023, our office received certification of the treatment plan to apply CarePatch between 5/8/2023 and 7/7/2023. This certification was extended through 9/7/2023 by letter dated 7/7/2023. Both the original certification and extension are included for your reference.

**Explanation Code 3383**

Each of the dates of service included in the table above show denials based on Code 3383 – "Services provided by nurse practitioners....must be billed by the physician overseeing these providers. Physicians must submit charges for services provided by mid-level practitioners by using the appropriate modifier." In Mississippi, nurse practitioners bill their own charges. As the patient was treated in Mississippi by a Mississippi- licensed nurse practitioner, these charges should be processed for payment immediately. Nevertheless, each of these claims were submitted with the "NP" modifier to indicate that a nurse practitioner was the rendering provider, therefore denying claims on these grounds is false. These claims were reprocessed at our request, and we have received some form of payment on all, but at a much lower rate than appropriate for these services. Included is a claim example that represents appropriate payment for CPT code Q4236.

**Explanation Code 4917/531**

Each of the dates of service which involved a skin substitute application were denied based on procedure code 99199 and requesting the code be updated to better define services performed. Interestingly, the code Q4236 was originally submitted, but then changed by your company to 99199 as indicated on the explanations of review code 4917. Q4236 is the very specific code for the skin substitute CarePatch, which was certified for use for this claim. We are unsure of why your company would change this to a generic code of 99199 and then request that we provide a more appropriate procedure code. We are confident that this error will be rectified immediately and processed for payment.

Should you need additional information, please contact me immediately at klawrence@woundmsllc.com or 229.733.0283.

Sincerely,

Kimberly Lawrence
Chief Legal Officer

enclosures: 5/8/23 Certification
7/7/23 Extension of Certification
Reimbursement rate example
Original claims submitted for the following dates of service:

- 5/2/2023
- 5/9/2023
- 5/16/2023
- 5/23/2023
- 5/30/2023
- 6/27/2023
- 7/4/2023
- 7/11/2023
- 7/18/2023
- 7/27/2023
- 8/1/2023
- 8/8/2023
- 8/15/2023
- 8/22/2023

MediCall
Clinical Solutions, Proven Results
—A COGNIZANT COMPANY—

**Review #224707**

UTILIZATION REVIEW – NOTICE OF APPROVAL

05/08/2023

Ashley Davis, F.N.P.
434 Katherine Drive
Flowood, MS 39232

Injured Worker: [redacted]
Claim Number:
Date of Injury:

Liberty Mutual Insurance Company has received a request for Utilization Review of health care services provided to the above named individual. MediCall is the Utilization Review Agent on behalf of Liberty Mutual Insurance Company. This correspondence serves as notification that the requested medical treatment listed below meets established criteria for medical necessity based on our review of the information submitted.

**Specific Treatment Plan Requested**

2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023

**UR Determination**

The prospective request for 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4) between 05/08/2023 to 07/07/2023 is certified.

MediCall
Clinical Solutions, Proven Results
A COGNIZANT COMPANY

**Review #224707**

This certification is for medical necessity only and does not guarantee payment under Workers' Compensation coverage. If you have any questions related to this claim, please contact your local Claims office.

Sincerely,

Marigold Frinces

MediCall Utilization Review Unit
1-800-664-2273

cc Wound Management Specialists
[redacted]

Mailstop 2210

Wausau, WI, 54401

800-664-2273

Date: 07/07/2023

Topic: Request for End Date Extension / Granted

From: MediCall on behalf of Liberty Mutual Managed Care, LLC

Liberty Mutual Managed Care LLC has granted an end date extension of a previously certified treatment:

RE: [redacted]

Transaction#: 224707

Request: 2000 CarePatch Skin Substitute for the Pressure Ulcer of the Left Hip (Stage 4)

Extended end date: 09/07/2023

This is not a guarantee of payment for service. If you have questions regarding compensability or payment related to this claim, please contact the claims specialist assigned to this case.

**Go Paperless!** Liberty Mutual will receive and process your Workers Compensation medical bills and supporting documents electronically via http://www.jopari.com/ebill-sign-up-form/ Jopari is Liberty Mutual's E-Billing Agent for All States.

**Utilization Management Department**

The information contained in this message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 800-664-2273, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.224 B. L89.890 C. LG82.21 D.
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 02 2023 | 05 02 2023 | 12 | | 11043 | NP | A | 439 00 | 1 | | NPI | 1588991731 |
| 05 02 2023 | 05 02 2023 | 12 | | 11046 | NP | A | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X] 841803866

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1347 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a 17b NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24 A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 09 2023 | 05 09 2023 | 12 | | 11043 | NP | A | 439.00 | 1 | | NPI | 1588991731 |
| 05 09 2023 | 05 09 2023 | 12 | | 11046 | NP | A | 908.95 | 7 | | NPI | 1588991731 |

25. FEDERAL TAX I.D. NUMBER 841803866 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? [X] YES [ ] NO

28. TOTAL CHARGE $ 1347.95

29. AMOUNT PAID $ 0.00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

XXX PICA

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS (No., Street) / CITY / STATE / ZIP CODE / TELEPHONE: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 2023 | 05 16 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 05 16 2023 | 05 16 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 05 16 2023 | 05 16 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98458 00

29. AMOUNT PAID $ 5183 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. | b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/17/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 2023 | 05 16 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
05/17/2023

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

33. BILLING PROVIDER INFO & PH # (601) 326-1693

WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/17/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP)

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a 17b NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From | To | B. Place of Service | C. EMG | D. CPT/HCPCS | Modifier | E. Diagnosis Pointer | F. $ Charges | G. Days or Units | H. EPSDT | I. ID Qual | J. Rendering Provider ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 2023 | 05 16 2023 | 12 | | Q4236 | 76 NP | A | 31500 00 | 21 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? [X] YES [ ] NO

28. TOTAL CHARGE $ 31500 00

29. AMOUNT PAID $ 1365 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
05/17/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

33. BILLING PROVIDER INFO & PH # (601) 326-1693

WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021737

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 2 OF 12

[redacted]

CLAIM NO.
CONTRACT NO:
DOCUMENT NO: [redacted]

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #:
SSN:
DOI:
PATIENT: [redacted]

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER:
ADDRESS: [redacted]

DATES OF SERVICE: 05/16/23-05/16/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/23 | Q4236 | NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 05/16/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/16/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/16/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 05/16/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 05/16/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 21.00 | 31500.00 | 1365.00 | N/A | 0.00 | 1365.00 | 309 4917 |

[illegible]

| | |
|---|---|
| TOTAL CHARGES: | 228958.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 10121.03 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10121.03 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5782 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX — CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code) [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/25/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 23 2023 | 05 23 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 05 23 2023 | 05 23 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 05 23 2023 | 05 23 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98458 00

29. AMOUNT PAID $ 5183 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
05/25/2023

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693

WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code) [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/25/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

— PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 23 2023 | 05 23 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
05/25/2023

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693

WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

— PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 05/25/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 3 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 23 2023 | 05 23 2023 | 12 | | Q4236 | 76 NP | A | 25500 00 | 17 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 25500 00

29. AMOUNT PAID $ 1105 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
05/25/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021738

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 3 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 05/23/23-05/23/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/23 | Q4236 | NP | corePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 05/23/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/23/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/23/23 | Q4236 | 76 NP | corePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 05/23/23 | Q4236 | 76 NP | corePATCH, per sq cm | | | | | | | |
| 05/23/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 17.00 | 25500.00 | 1105.00 | N/A | 0.00 | 1105.00 | 309 4917 |

4466.03

| | |
|---|---|
| TOTAL CHARGES: | 222958.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9861.03 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9861.03 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.

4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.

ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)

Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)

Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)

5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)

5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code) [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/06/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE — 17a. — 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 30 2023 | 05 30 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 05 30 2023 | 05 30 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 05 30 2023 | 05 30 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98458 00

29. AMOUNT PAID $ 4466 03

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
06/06/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org — PLEASE PRINT OR TYPE — APPROVED OMB-0938-1197 FORM 1500 (02-12)

Page 1 of 1

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — CARRIER

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/06/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

— PATIENT AND INSURED INFORMATION —

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 05 30 2023 | 05 30 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

— PHYSICIAN OR SUPPLIER INFORMATION —

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
06/06/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA — CARRIER

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER (ID#): [X] OTHER

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE / SEX: [redacted] [redacted] [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

8. RESERVED FOR NUCC USE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous): [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH / SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/06/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 3 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. G82.21 D. E. F. G. H. I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 30 2023 | 05 30 2023 | 12 | | Q4236 | 76 NP | A | 25500 00 | 17 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN: 841803866 [ ] SSN [X] EIN

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 25500 00

29. AMOUNT PAID $ 1105 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
06/06/2023

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021739

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 4 OF 12

[redacted]

CLAIM NO.
CONTRACT NO:
DOCUMENT NO: [redacted]

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #:
SSN:
DOI:
PATIENT: [redacted]

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; G82.21

EMPLOYER:
ADDRESS: [redacted]

DATES OF SERVICE: 05/30/23-05/30/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/30/23 | Q4236 | NP | carePATCH, per sq cm | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 05/30/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | | | | | | | |
| 05/30/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 05/30/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 05/30/23 | Q4236 | 76 NP | carePATCH, per sq cm | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 05/30/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | | | | | | | |
| 05/30/23 | Q4236 | 76 NP | carePATCH, per sq cm | 17.00 | 25500.00 | 1105.00 | N/A | 0.00 | 1105.00 | 309 4917 |
| 05/30/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | | | | | | | |

| | |
|---|---|
| TOTAL CHARGES: | 222958.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9861.03 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9861.03 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.

4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.

ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)

Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)

Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)

5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)

5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

XXX PICA

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/28/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 27 2023 | 06 27 2023 | 12 | | Q4236 | NP | A | 97500 00 | 65 | | NPI | 158899173 |
| 2 | 06 27 2023 | 06 27 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 158899173 |
| 3 | 06 27 2023 | 06 27 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 158899173 |
| 4 | 06 27 2023 | 06 27 2023 | 12 | | 11042 | 59 NP | B | 216 00 | 1 | | NPI | 158899173 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98674 00

29. AMOUNT PAID $ 5399 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
06/28/2023

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693

WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)



CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

8. RESERVED FOR NUCC USE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 06/28/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC): split claim 2 of 3

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 27 2023 | 06 27 2023 | 12 | | Q4236 | 76 NP | A | 99000.00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000.00

29. AMOUNT PAID $ 4290.00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
06/28/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021740

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 5 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 06/27/23-06/27/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/23 | Q4236 | NP | carePATCH, per sq cm | | | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 06/27/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | | | | | |
| 06/27/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 572.89 | 135.11 | |
| 06/27/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 144.08 | 105.92 | |
| 06/27/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 | 78 86 |
| | | | | | | | | | 4562.78 | 76 |
| 06/27/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 06/27/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 06/27/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 06/27/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 716.97 |
| TOTAL CURRENT PAYABLE: | 9697.78 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 9697.78 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021741

MEDICAL BILL AUDIT - RECONSIDERATION DECISION



[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 06/27/23-06/27/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA | PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21

E. F. G. H.

I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 04 2023 | 07 04 2023 | 12 | | Q4236 | JZ NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 07 04 2023 | 07 04 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 07 04 2023 | 07 04 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | 07 04 2023 | 07 04 2023 | 12 | | 11042 | 59 NP | B | 216 00 | 1 | | NPI | 1588991731 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 841803866 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98674 00

29. AMOUNT PAID $ 5399 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

PATIENT AND INSURED INFORMATION | PHYSICIAN OR SUPPLIER INFORMATION

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 04 2023 | 07 04 2023 | 12 | | Q4236 | 76 JZ NR | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA

PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/21/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0|00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.890 C. L89.222 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 04 2023 | 07 04 2023 | 12 | | Q4236 | 76 JZ NP | A | 19500 00 | 13 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN: 841803866 [ ] [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 19500 00

29. AMOUNT PAID $ 845 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/21/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021742

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 7 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/04/23-07/04/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/04/23 | Q4236 | NP | corePATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 07/04/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/04/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/04/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 5279.75 | 78 86 76 |
| 07/04/23 | Q4236 | 76 | corePATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | 76 | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 07/04/23 | Q4236 | 76 | corePATCH, per sq cm | | | | | | | |
| 07/04/23 | 99199 | 76 | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 0.00 |
| TOTAL CURRENT PAYABLE: | 10414.75 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10414.75 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual INSURANCE

BLOCK NUMBER
021743

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 8 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.890 ; L89.222 ; G82.21

EMPLOYER: [redacted]
ADDRESS:

DATES OF SERVICE: 07/04/23-07/04/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

CARRIER

1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER: [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/12/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. L89.151
E. G82.21 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 11 2023 | 07 11 2023 | 12 | | Q4236 | JZ NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 07 11 2023 | 07 11 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 07 11 2023 | 07 11 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | 07 11 2023 | 07 11 2023 | 12 | | 11042 | 51 59 NP | C | 216 00 | 1 | | NPI | 1588991731 |
| 5 | 07 11 2023 | 07 11 2023 | 12 | | 11043 | NP | A | 439 00 | 1 | | NPI | 1588991731 |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99113 00

29. AMOUNT PAID $ 5838 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/12/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

CARRIER

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY STATE

8. RESERVED FOR NUCC USE

ZIP CODE TELEPHONE (Include Area Code) ( [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/12/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.224 B. L89.220 C. L89.890 D. L89.151
E. G82.21 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 11 2023 | 07 11 2023 | 12 | | Q4236 | JZ NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/12/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA PICA XXX

CARRIER

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER [X] (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): ( [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous): [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?: [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?: [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?: [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

PATIENT AND INSURED INFORMATION

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/12/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?: [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. L89.151
E. G82.21 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From (MM DD YY) | To (MM DD YY) | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 11 2023 | 07 11 2023 | 12 | | Q4236 | NP JZ | A | 19500 00 | 13 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 841803866 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back): [X] YES [ ] NO

28. TOTAL CHARGE: $ 19500 00

29. AMOUNT PAID: $ 845 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/12/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # ( 601 ) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7283
LONDON, KY 40742

Liberty Mutual INSURANCE

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

BLOCK NUMBER
021744

PAGE 9 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

EMPLOYER: [redacted]
ADDRESS:

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; L89.151 ;
G82.21

DATES OF SERVICE: 07/11/23-07/11/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/11/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | | | 4225.00 | 309 4917 |
| 07/11/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | | |
| 07/11/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/11/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/11/23 | 11042 | 51 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 | 78 86 76 |
| 07/11/23 | 11043 | NP | DEB MUSC/FASCIA 20 SQ CM/ | 1.00 | 439.00 | 193.69 | N/A | 0.00 | 193.69 | 78 76 |
| 07/11/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | | | 5473.44 | |
| 07/11/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 07/11/23 | Q4236 | NP JZ | carePATCH, per sq cm | | | | | | | |
| 07/11/23 | 99199 | NP JZ | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

TOTAL CHARGES: 217613.00
TOTAL PREVIOUSLY PAID: 0.00
TOTAL CURRENT PAYABLE: 10608.44
TOTAL WITHHOLDING - (FEDERAL AND STATE): 0.00

TOTAL AMOUNT PAID: 10608.44

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.

Liberty Mutual. INSURANCE

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

BLOCK NUMBER
021745

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 10 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMS MS HOME FLOWOOD

EMPLOYER: [redacted]
ADDRESS:

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; L89.151 ;
G82.21

DATES OF SERVICE: 07/11/23-07/11/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 ORG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX — CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code) [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/21/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. G82.21
E. L89.151 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 18 2023 | 07 18 2023 | 12 | | Q4236 | JZ NP | A | 97500 00 | 65 | | NPI | 1588991731 |
| 2 | 07 18 2023 | 07 18 2023 | 12 | | 15273 | NP | A | 708 00 | 1 | | NPI | 1588991731 |
| 3 | 07 18 2023 | 07 18 2023 | 12 | | 15274 | NP | A | 250 00 | 1 | | NPI | 1588991731 |
| 4 | 07 18 2023 | 07 18 2023 | 12 | | 11042 | 59 NP | C | 216 00 | 1 | | NPI | 1588991731 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 841803866 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO. [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 98674 00

29. AMOUNT PAID $ 5399 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/21/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, complete items 9, 9a and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/21/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.224 B. L89.220 C. L89.890 D. G82.21
E. L89.151 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 18 2023 | 07 18 2023 | 12 | | Q4236 | 76 NP | A | 99000 00 | 66 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 99000 00

29. AMOUNT PAID $ 4290 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/21/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA | PICA XXX | CARRIER

1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#)

1a. INSURED'S I D NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 07/21/2023

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a | 17b NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.224 B. L89.220 C. L89.890 D. G82.21
E. L89.151 F. G. H.
I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 18 2023 | 07 18 2023 | 12 | | Q4236 | 76 NP | A | 19500 00 | 13 | | NPI | 1588991731 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 19500 00

29. AMOUNT PAID $ 845 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
07/21/2023
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

PROVIDER INQUIRIES: (800) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021746

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 11 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMNS MSHONE FLOWOOD

EMPLOYER: [redacted]
ADDRESS:

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.890 ; G82.21 ;
L89.151

DATES OF SERVICE: 07/18/23-07/18/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/18/23 | Q4236 | JZ NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | JZ NP | SPECIAL SERVICE/PROC/REPO | 65.00 | 97500.00 | 4225.00 | N/A | 0.00 | 4225.00 | 309 4917 |
| 07/18/23 | 15273 | NP | SKIN SUB GRFT T/ARM/LG CH | 1.00 | 708.00 | 708.00 | N/A | 0.00 | 708.00 | |
| 07/18/23 | 15274 | NP | SKN SUB GRFT T/A/L CHILD | 1.00 | 250.00 | 250.00 | N/A | 0.00 | 250.00 | |
| 07/18/23 | 11042 | 59 NP | DEB SUBQ TISSUE 20 SQ CM/ | 1.00 | 216.00 | 96.75 | N/A | 0.00 | 96.75 | 78 86 |
| | | | | | | | | | 5279.7576 | |
| 07/18/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 66.00 | 99000.00 | 4290.00 | N/A | 0.00 | 4290.00 | 309 4917 |
| 07/18/23 | Q4236 | 76 NP | carePATCH, per sq cm | | | | | | | |
| 07/18/23 | 99199 | 76 NP | SPECIAL SERVICE/PROC/REPO | 13.00 | 19500.00 | 845.00 | N/A | 0.00 | 845.00 | 309 4917 |

| | |
|---|---|
| TOTAL CHARGES: | 217174.00 |
| TOTAL PREVIOUSLY PAID: | 0.00 |
| TOTAL CURRENT PAYABLE: | 10414.75 |
| TOTAL WITHHOLDING - (FEDERAL AND STATE): | 0.00 |
| TOTAL AMOUNT PAID: | 10414.75 |

EXPLANATION CODE DESCRIPTIONS:

309 THE CHARGE FOR THIS PROCEDURE EXCEEDS THE FEE SCHEDULE ALLOWANCE.
4917 CODE (Q4236) CHANGED TO (99199) BETTER DEFINING SERVICES PERFORMED.
78 THE ALLOWANCE FOR THIS PROCEDURE WAS ADJUSTED IN ACCORDANCE WITH MULTIPLE SURGICAL PROCEDURE RULES AND/OR GUIDELINES.
86 SERVICE PERFORMED WAS DISTINCT OR INDEPENDENT FROM OTHER SERVICES PERFORMED ON THE SAME DAY.
76 BILLING IS GREATER THAN SURGICAL SERVICE FEE.
ZC72 IN THE EVENT THIS PAYMENT NEEDS TO BE RETURNED TO THE PAYER, PLEASE RETURN THE CHECK TO PO BOX 734732, CHICAGO, IL 60673-4732 (ZC72)
Z849 VISIT HTTPS://RG.JOPARI.NET/ TO SIGN UP FOR EFT PAYMENTS & ELECTRONIC REMITTANCE - ITS FASTER & MORE SECURE THAN PAPER MAIL AND REGISTRATION IS FREE FOR SINGLE-PAYER ENROLLMENTS. ADDITIONAL BENEFITS INCLUDE: BILL & PAYMENT STATUS, VIEW AND PRINT BILL IMAGES & EOBS (Z849)
Z850 MEDICAL BILLS FOR THIS CLAIM SHOULD BE SUBMITTED TO THE 'SEND BILLS TO' ADDRESS REFERENCED IN THE UPPER LEFT CORNER OF THE EOB. (Z850)
5422 MEDICAL BILL AUDIT - RECONSIDERATION DECISION. (5422)
5702 UNLESS OTHERWISE STATED, REIMBURSEMENT IS MADE ACCORDING TO THE WORKERS' COMPENSATION MEDICAL FEE SCHEDULE FOR THE STATE OF KENTUCKY, WHICH PROHIBITS BILLING OF THE PATIENT FOR ANY BALANCE IN EXCESS OF THE AMOUNT RECOMMENDED. ANY REDUCTION IS DUE TO THE BILLED CHARGES EXCEEDING THE FEE SCHEDULE ALLOWANCE FOR THE SERVICE PROVIDED AND/OR THE APPLICATION OF THE APPROPRIATE DISCOUNTS BASED ON THE INDIVIDUAL PROVIDER'S AGREEMENT WITH THE PREFERRED PROVIDER ORGANIZATION.
5792 VISIT WWW.LIBERTYMUTUALPROVIDERSUPPORT.COM TO GET 24/7 INFO ON THE REVIEW AND PAYMENT STATUS OF YOUR MEDICAL

PROVIDER INQUIRIES: (888) 500-7044
CUSTOMER SERVICE DEPARTMENT
FOR DISPUTES/APPEALS ONLY:
LIBERTY MUTUAL INSURANCE
PO BOX 7070
LONDON, KY 40742
SEND ORIGINAL BILLS TO:
LIBERTY MUTUAL INSURANCE
PO BOX 7203
LONDON, KY 40742

Liberty Mutual. INSURANCE

BLOCK NUMBER
021747

MEDICAL BILL AUDIT - RECONSIDERATION DECISION

PAGE 12 OF 12

[redacted]

CLAIM NO. [redacted]
CONTRACT NO:
DOCUMENT NO:

PAYEE: WOUND MANAGEMENT SPECIALISTS
TAX ID: XX-XXX3866
BILL PROV: WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DR
FLOWOOD, MS 39232

PATIENT ACCT. #: [redacted]
SSN:
DOI:
PATIENT:

PROVIDER: ASHLEY DAVIS
WMHS MSHOME FLOWOOD

EMPLOYER: [redacted]
ADDRESS:

AGENCY CLAIM #(BOARD COMM #):
DIAG CODES: L89.224 ; L89.220 ; L89.899 ; G82.21 ;
L89.151

DATES OF SERVICE: 07/18/23-07/18/23
AUDIT DATE: 10/30/23

| DATE OF SERVICE | PROCEDURE CODE | MOD CDE | SERVICE DESCRIPTION | UNITS | CHARGES | REVIEW ALLOW | PPO ALLOW | PREV PAID | CURR PAID | EXPL CODES |
|---|---|---|---|---|---|---|---|---|---|---|

BILL OR APPEAL. YOU CAN ALSO LOOK UP CLAIM NUMBER, VIEW EOB IMAGES, AND LEARN HOW QUICK AND EASY IT IS TO SIGN UP FOR EFT AND SUBMIT BILLS DIGITALLY.

NOTES
DATE BILL RECEIVED: 10/30/2023 PAY STATUS CD: 1 DRG CD: PAY METHOD: PAPER

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA | PICA XXX | CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

8. RESERVED FOR NUCC USE

ZIP CODE | TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes*, complete items 9, 9a, and 9d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.223 B. L89.224 C. L89.893 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 27 2023 | 07 27 2023 | 12 | | 11042 | 59 NP | A | 216 00 | 1 | | NPI | 1588991731 |
| 07 27 2023 | 07 27 2023 | 12 | | 11043 | NP | B | 439 00 | 1 | | NPI | 1588991731 |
| 07 27 2023 | 07 27 2023 | 12 | | 11046 | NP | B | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [ ] [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Ashley Davis, NP
02/06/2024

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232

a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810

a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203
LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

1. MEDICARE (Medicare#) ☐ MEDICAID (Medicaid#) ☐ TRICARE (ID#/DoD#) ☐ CHAMPVA (Member ID#) ☐ GROUP HEALTH PLAN (ID#) ☐ FECA BLK LUNG (ID#) ☐ OTHER (ID#) ☒

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT RELATIONSHIP TO INSURED: Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

8. RESERVED FOR NUCC USE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☒ YES ☐ NO

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☐ YES ☒ NO PLACE (State)

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO *If yes, complete items 9, 9a, and 9d*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.223 B. L89.893 C. L89.224 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 01 2023 | 08 01 2023 | 12 | | 11042 | 59 NP | AB | 216 00 | 1 | | NPI | 1588991731 |
| 08 01 2023 | 08 01 2023 | 12 | | 11043 | NP | C | 439 00 | 1 | | NPI | 1588991731 |
| 08 01 2023 | 08 01 2023 | 12 | | 11046 | NP | C | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN ☐ ☒: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd.for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted] M

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

PATIENT AND INSURED INFORMATION

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL.

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE — 17a. — 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO — $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. L89.223 B. L89.224 C. L89.893 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 08 2023 | 08 08 2023 | 12 | | 11042 | 59 NP | A | 216 00 | 1 | | NPI | 1588991731 |
| 08 08 2023 | 08 08 2023 | 12 | | 11043 | NP | B | 439 00 | 1 | | NPI | 1588991731 |
| 08 08 2023 | 08 08 2023 | 12 | | 11046 | NP | B | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org — *PLEASE PRINT OR TYPE* — APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

XXX PICA — PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT'S ADDRESS: [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. [redacted]MBER [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY / SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a 17b NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.893 B. L89.224 C. L89.223 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 15 2023 | 08 15 2023 | 12 | | 11042 | 59 NP | A | 216 00 | 1 | | NPI | 1588991731 |
| 08 15 2023 | 08 15 2023 | 12 | | 11043 | NP | B | 439 00 | 1 | | NPI | 1588991731 |
| 08 15 2023 | 08 15 2023 | 12 | | 11046 | NP | B | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)

LIBERTY MUTUAL WC
P O BOX 7203

LONDON, KY 40742

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA XXX — PICA XXX

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): [redacted]

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE MM DD YY / SEX: [redacted]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): [redacted]

5. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code): [redacted]

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

a. OTHER INSURED'S POLICY OR GROUP NUMBER

b. RESERVED FOR NUCC USE

c. RESERVED FOR NUCC USE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (Current or Previous) [X] YES [ ] NO

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State)

c. OTHER ACCIDENT? [ ] YES [X] NO

10d. CLAIM CODES (Designated by NUCC)

11. INSURED'S POLICY GROUP OR FECA NUMBER: [redacted]

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX: [redacted]

b. OTHER CLAIM ID (Designated by NUCC)

c. INSURANCE PLAN NAME OR PROGRAM NAME: LIBERTY MUTUAL WC

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE 02/06/2024

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY QUAL

15. OTHER DATE QUAL MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a 17b NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind 0

A. L89.223 B. L89.224 C. L89.893 D. G82.21
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24 A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08 22 2023 | 08 22 2023 | 12 | | 11042 | 59 NP | A | 216 00 | 1 | | NPI | 1588991731 |
| 08 22 2023 | 08 22 2023 | 12 | | 11043 | NP | B | 439 00 | 1 | | NPI | 1588991731 |
| 08 22 2023 | 08 22 2023 | 12 | | 11046 | NP | B | 908 95 | 7 | | NPI | 1588991731 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN [ ] EIN [X]: 841803866

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1563 95

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Ashley Davis, NP
02/06/2024
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
WMS- MS HOME FLOWOOD
434 Katherine Dr
Flowood, MS 39232
a. b.

33. BILLING PROVIDER INFO & PH # (601) 326-1693
WOUND MANAGEMENT SPECIALISTS
434 KATHERINE DRIVE
FLOWOOD, MS 39232-8810
a. 1972150084 b.

NUCC Instruction Manual available at: www.nucc.org PLEASE PRINT OR TYPE APPROVED OMB-0938-1197 FORM 1500 (02-12)



CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

EFT/Check #: 887139367

EFT/Check Date: 6/21/2023

EFT/Check Amount: $ -138597.74

Payment Type: ACH

Payer Name: NOVITAS SOLUTIONS, INC.

Payer ID: SMLA0

Process Date: 6/21/2023

ERA

Provider Name: HEALTHCARE PLUS LLC

Tax ID: 84-1803866

NPI:

Other Payee ID: 1063927465

Address: 434 KATHERINE DRIVE FLOWOOD MS 39232-8810

Addl. Payee ID: 1063927465

## CLAIM PROCESSING INFORMATION - CLAIM [6 OF 18]

Service Date: 6/5/2023

Processing Status: 19 - Processed as Primary, Forwarded to Additional Payer(s)

Payer Claim # / Medicare ICN #: 1123158116140

Place Of Service: WOUND MANAGEMENT SPECIALISTS

Total Adjustment Amount: $ -29531.20

Charge: $ 96850.00

Paid: $ -67318.80

Patient Responsibility: $ 17173.16

Other/Crossover Insurance: WPS - [redacted]

## PATIENT - SUBSCRIBER INFORMATION

Patient Name: [redacted] Patient ID [redacted] Patient Control Number: [redacted]

Corrected Patient/Subscriber Name: ,

Subscriber Name: ,

Subscriber ID:

Group/Policy ID:

## REMITTANCE PROCESSING INFORMATION - SERVICE LINE DETAIL

| Svc Line # | Service Date | Proc Code Modifiers | Charge $ | Allowed $ | Not Allowed $ | Deductible $ | Co-Ins $ | Co-Pay $ | Paid $ |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/5/2023 | Q4236 59 | 96000.00 | 85696.00 | 10304.00 | 0.00 | -17139.20 | 0.00 | -67185.66 |
| 2 | 6/5/2023 | 15271 | 350.00 | 128.95 | 221.05 | 0.00 | -25.79 | 0.00 | -101.10 |
| 3 | 6/5/2023 | 15272 | 500.00 | 40.86 | 459.14 | 0.00 | -8.17 | 0.00 | -32.04 |

## SUPPLEMENTAL INFORMATION/ADJUSTMENT INFORMATION - SERVICE LINES

| Svc Line # | Supp/Adj Group Code | Description | Supp/Adj Reason Code | Description | Amount $ |
|---|---|---|---|---|---|
| 1 | CO | Contractual Obligations | 45 | Charges exceed your contracted/ legislated fee arrangement. | -10304.00 |
| 1 | CO | Contractual Obligations | 253 | Sequestration - reduction in federal payment | -1371.14 |
| 1 | PR | Patient Responsibility | 2 | Coinsurance Amount | -17139.20 |
| 2 | CO | Contractual Obligations | 45 | Charges exceed your contracted/ legislated fee arrangement. | -221.05 |
| 2 | CO | Contractual Obligations | 253 | Sequestration - reduction in federal payment | -2.06 |
| 2 | PR | Patient Responsibility | 2 | Coinsurance Amount | -25.79 |
| 3 | CO | Contractual Obligations | 45 | Charges exceed your contracted/ legislated fee arrangement. | -459.14 |
| 3 | CO | Contractual Obligations | 253 | Sequestration - reduction in federal payment | -0.65 |
| 3 | PR | Patient Responsibility | 2 | Coinsurance Amount | -8.17 |

Claim 6 of 18 Page 6 of 18

# `MISSISSIPPI WORKERS' COMPENSATION COMMISSION
# JACKSON, MISSISSIPPI

## CERTIFICATE

I, Joyce Wells, Secretary of the Mississippi Workers' Compensation Commission, the same being an administrative agency of the State of Mississippi and having by law a seal, do hereby certify that as Secretary of said Commission I am the keeper of its seal and the custodian of the official records and minutes of the Mississippi Workers' Compensation Commission.

I further certify that attached hereto is a true and correct copy of the **Resolution of Dispute Letter dated May 03, 2024,** that is on file with the Commission.

WITNESS MY SIGNATURE AND THE OFFICIAL SEAL of this Commission on

SEP 11 2024

MISSISSIPPI WORKERS' COMPENSATION COMMISSION

Joyce Wells, Secretary
Mississippi Workers' Compensation Commission

EXHIBIT
E

**Mississippi Workers' Compensation Commission**
1428 Lakeland Drive / Post Office Box 5300
Jackson, Mississippi 39296-5300
(601) 987-4280
Email: rcoulter@mwcc.ms.gov
http://www.mwcc.ms.gov

**Mark S. Formby, Chairman**
**Beth Harkins, Commissioner**
**Mark Henry, Commissioner**

**Roxanne Coulter, BSN, RN**
**Risk / Claims Specialist Manager**

May 3, 2024

Liberty Mutual
P.O. Box 7203
London, KY 40742

Re: Claimant: [redacted]
Claim #: [redacted]
DOS: multiple dates (5/6; 5/23; 5/30; 6/27; 7/4, 7/11, 7/8/23)
[redacted]

This letter is in response to a resolution of dispute request by Wound Management Specialists, LLC. for payment of services provided to the above-named claimant. Based on a review of the documentation that was submitted, the Cost Containment Division has determined that this claim was not properly paid.

Based on the guidelines for the Mississippi Workers' Compensation Commission (MWCC) 2022 Medical Fee Schedule, unless you have signed a contractual agreement with the facility, you must pay per the Fee Schedule. The MWCC Fee Schedule also states that when medical treatment is rendered or is issued in good faith reliance, the provider is entitled to payment from the employer or payer.

Based on documentation submitted by Wound Management Specialists, LLC., Liberty Mutual initially adjudicated claim based on Kentucky Workers Compensation Commission, arbitrarily recoded the claim to a code that does not properly describe the services rendered (unlisted code), and did not explain how reimbursement for the unlisted code was established. Liberty Mutual provided prior authorization to Wound Management Specialist for CarePatch beginning on May 16, 2023 for weekly intervals through September 7, 2023. Wound Management Specialists, LLC., billed CPT code Q-4236, which currently does not have a MWCC Medical Fee Schedule reimbursement established.

Wound Management Specialists, LLC. Billed $1,500.00 per unit for the CarePatch units supplied. However, Liberty Mutual only paid $65.00 per unit or 4% of billed amount.

Upon review of all documentation, Mississippi Workers Compensation Commission is instructing Liberty Mutual to notify provider and Mississippi Workers' Compensation Commission Cost Containment Department, why Liberty Mutual down-coded or change the code to an unlisted code without notifying or

discussing with the provider, why Liberty Mutual did not establish a payment amount agreement for the CPT code that does not have a MWCC Medical Fee Reimbursement established. MWCC encourages Liberty Mutual to either pay the $1500.00 per unit as billed or attempt to negotiate with Wounds Management Specialist on payment. Thes directives need to be completed within thirty (30) calendar days from date of this letter.

**If no response received from Liberty Mutual within 30 thirty (30) calendar days from this letter, Liberty Mutual will need to reprocess the claim and pay the provider $1500.00 per unit for each date of service as billed immediately.**

It should be noted that according to the Mississippi Workers' Compensation Fee Schedule, all properly submitted bills not paid within thirty (30) days of receipt by the payer shall automatically include interest on the unpaid balance at a rate of one and one-half percent (1.5%) per month from the due date of any unpaid remaining balance until such time as the claim is fully paid and satisfied. Also, properly submitted bills not fully paid within sixty (60) days of receipt are subject to an additional one-time ten percent (10%) penalty on the unpaid balance.
Any party aggrieved by this decision shall have twenty (20) days from the date of this decision to request review by the Commission.[1] Unless permitted to appear pro se, all parties participating in Commission review of a decision of the Cost Containment Division are required to be represented by an attorney licensed in Mississippi. Failure to timely appeal this decision shall bar any further review or action with regard to the issue(s) presented. In the event a request for review is not received by the Commission within twenty (20) days of this decision, the parties to the dispute shall have fourteen (14) days thereafter in which to comply with the final decision of the Cost Containment Division. A final decision of the Cost Containment Division and/or Commission shall be considered sufficient to allow the payer and/or provider to pursue any and all remedies available to it for enforcement of payment in default pursuant to Miss. Code Ann. Section 71-3-49. No further action to enforce payment shall be made by the Commission. The payer and/or provider shall be solely responsible for calculating the interest and penalty owed to it pursuant to the terms of the Fee Schedule, and any dispute regarding enforcement of payment in default and/or the amount of penalties and interest due shall be determined by the Court wherein the payer and/or provider has sought enforcement under Miss. Code Ann. Section 71-3-49.

If you have any questions concerning this matter, please do not hesitate to contact me. Thank you in advance for your prompt attention in this matter.

Sincerely,

Roxanne Coulter, BSN, RN

Roxanne Coulter, BSN, RN
Risk/Claims Specialist Manager

cc: Tonya Bumgardner, Director of Revenue Cycle Management

[1] Request for review by the Commission shall be filed with the Cost Containment Division of the MWCC, shall be in writing, and shall state the ground on which the requesting party relies. Unlike the Resolution for Dispute Form, there is no specific prescribed form for a Request for Commission Review.