UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WOUND MANAGEMENT SPECIALISTS, LLC                         PLAINTIFF

V.                         CIVIL ACTION NO. 3:24-CV-727-DPJ-ASH

LIBERTY MUTUAL MANAGED CARE LLC, ET AL                         DEFENDANTS

ORDER

On November 12, 2024, Defendants Liberty Mutual Managed Care, LLC, Liberty Mutual Group, Inc., and Helmsman Insurance Agency, LLC d/b/a/ Liberty Mutual Agency, removed this case from the Hinds County Circuit Court. Under Federal Rule of Civil Procedure 7.1 and Local Rule 7(c), a nongovernmental corporation is required to file with its initial pleading a Rule 7.1 disclosure statement. And effective December 1, 2022, *every* party or intervenor in a case in which jurisdiction is based on diversity must file a disclosure statement in accordance with Rule 7.1(a)(2). That disclosure statement

> must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor:
>
> (A) when the action is filed or removed to federal court, and
>
> (B) when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Fed. R. Civ. P. 7.1(a)(2); *see MidCap Media Fin., L.L.C. v. Pathway Data, Inc.,* 929 F.3d 310, 314 (5th Cir. 2019) ("[A]llegations regarding the citizenship of a corporation must set out the principal place of business of the corporation as well as the state of its incorporation,' . . . [and] a party 'must specifically allege the citizenship of every member of every LLC.'" (first quoting

1

*Neeley v. Banker Tr. Co. of Tex.*, 757 F.2d 621, 634 n.18 (5th Cir. 1985), then quoting *Settlement Funding, L.L.C. v. Rapid Settlements, Ltd.*, 851 F.3d 530, 536 (5th Cir. 2017))).

Neither Plaintiff nor any Defendant has filed a Rule 7.1 disclosure statement. All parties are therefore directed to file complete Rule 7.1 disclosure statements within 14 days of this Order.

**SO ORDERED AND ADJUDGED** this the 21st day of November, 2024.

s/ *Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE